IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., et al. | ) | Case No. 02-10118 (MFW) |
| Debtors, | ) | Jointly Administered |
| | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| Plaintiff, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) | |
| HARVEY, JAMES C. McGILL, | ) | |
| RICHARD W. POGUE, PHILLIP B. | ) | |
| DOLAN, E. MARTIN GIBSON, ROBERT | ) | |
| F. PUGLIESE, CHARLES W. SCHMIDT, | ) | |
| JAMES DAVID WATKINS, ANTHONY | ) | |
| J. DeLUCA, HARRY J. SOOSE, THE | ) | |
| CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP, L.L.C., CARLYLE PARTNERS | ) | JURY TRIAL DEMANDED |
| II, L.P., CARLYLE SBC PARTNERS, II, | ) | |
| L.P., CARLYLE INTERNATIONAL | ) | |
| PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS III, C/S | ) | |
| INTERNATIONAL PARTNERS, | ) | |
| CARLYLE INVESTMENT GROUP, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS II, L.P., | ) | |
| CARLYLE-IT PARTNERS L.P., and T C | ) | |
| GROUP, L.L.C., | ) | |
| Defendants | ) | |

**DEFENDANTS' JOINT MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Phillip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, Anthony J. DeLuca, Harry J. Soose, Jr., The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P.,

Carlyle International Partners, III, C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, LP, Carlyle-IT International Partners, II, L.P., Carlyle-IT Partners L.P., and T.C. Group, L.L.C. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby move this Court to dismiss Counts I through V and IX of the First Amended Complaint filed on January 28, 2005 against Defendants as set forth in the Amended Complaint at Civil Action No. 04-1268 in the United States District Court for the District of Delaware for all of the reasons set forth in the supporting Brief.

Dated: March 2, 2005                                    Respectfully submitted,

__/s/_____                         __/s/_____
Ronald S. Gellert (ID No. 4259)                         Roger D. Anderson (ID No. 3480)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC                  SMITH, KATZENSTEIN & FURLOW LLP
The Towne Center                                        800 Delaware Avenue, 7th Floor,
4 East 8th Street, Suite 200                            P.O. Box 410
Wilmington, DE 19801                                    Wilmington, DE 19899
Telephone: (302) 425-0430                               Telephone: (302) 652-8400
Email: rgellert@eckertseamans.com                       Email: randerson@skfdelaware.com

Mark A. Willard                                         Charles A. De Monaco
Paul D. Steinman                                        Kimberly L. Haddox
F. Timothy Grieco                                       DICKIE MCCAMEY & CHILCOTE, P.C.
ECKERT SEAMANS CHERIN & MELLOT, LLC                     Two PPG Place, Suite 400
U.S. Steel Tower                                        Pittsburgh, PA 15222
600 Grant Street, 44th Floor                            Telephone: (412) 392-5523
Pittsburgh, PA 15219-2788                               Telecopier: (412) 392-5367
Telephone: (412) 566-6000                               Email: demonac@dmclaw.com
Telecopier: (412) 566-6099
Email: mark.willard@escm.com                            *Attorneys for Defendant, Harry J. Soose, Jr.*

*Attorneys for Defendant, Anthony J. DeLuca*

2

/s/
_____
Mark D. Collins (ID No. 2981)
Marcos A. Ramos (ID No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com

Thomas L. Patten
Laurie B. Smilan
David A. Becker
LATHAM AND WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Telecopier: (202) 637-2201
E-mail: tom.patten@lw.com

*Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Phillip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P., Carlyle International Partners III, C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners L.P. and T.C. Group, L.L.C.*