IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| THE IT GROUP, INC., et al<br>Debtors, | ) Case No. 02-10118 (MFW)<br>) Jointly Administered<br>) |
| IT LITIGATION TRUST,<br>Plaintiff, | ) Civ. A. No. 04-CV-1268 (KAJ)<br>) |
| v. | ) |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP, L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS, II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br>Defendants | ) JURY TRIAL DEMANDED<br>) |

### DEFENDANTS' JOINT MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Phillip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, Anthony J. DeLuca, Harry J. Soose, Jr., The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P.,

Carlyle International Partners, III, C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, LP, Carlyle-IT International Partners, II, L.P., Carlyle-IT Partners L.P., and T.C. Group, L.L.C. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby move this Court to dismiss the First Amended Complaint filed on January 28, 2005 against Defendants as set forth in the Amended Complaint at Civil Action No. 04-1268 in the United States District Court for the District of Delaware for all of the reasons set forth in the supporting Brief.

Dated: March 2, 2005
      Wilmington, Delaware

Respectfully submitted,

/s/
Mark D. Collins (ID No. 2981)
Marcos A. Ramos (ID No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: ramos@rlf.com

Thomas L. Patten
Laurie B. Smilan
David A. Becker
LATHAM AND WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Telecopier: (202) 637-2201
E-mail: tom.patten@lw.com

*Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners III, C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners L.P. and T.C. Group, L.L.C.*

| /s/ | /s/ |
|---|---|
| Ronald S. Gellert (ID No. 4259) | Roger D. Anderson (ID No. 3480) |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC | SMITH, KATZENSTEIN & FURLOW LLP |
| The Towne Center | 800 Delaware Avenue, 7th Floor, P.O. Box 410 |
| 4 East 8th Street, Suite 200 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | Telephone: (302) 652-8400 |
| Telephone: (302) 425-0430 | Email: randerson@skfdelaware.com |
| Email: rgellert@eckertseamans.com | |
| | Charles A. De Monaco |
| Mark A. Willard | Kimberly L. Haddox |
| Paul D. Steinman | DICKIE MCCAMEY & CHILCOTE, P.C. |
| F. Timothy Grieco | Two PPG Place, Suite 400 |
| ECKERT SEAMANS CHERIN & MELLOT, LLC | Pittsburgh, PA 15222 |
| U.S. Steel Tower | Telephone: (412) 392-5523 |
| 600 Grant Street, 44th Floor | Telecopier: (412) 392-5367 |
| Pittsburgh, PA 15219-2788 | Email: demonac@dmclaw.com |
| Telephone: (412) 566-6000 | |
| Telecopier: (412) 566-6099 | *Attorneys for Defendant, Harry J. Soose, Jr.* |
| Email: mark.willard@escm.com | |

*Attorneys for Defendant, Anthony J. DeLuca*

3