IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| THE IT GROUP, INC., et al. | ) Case No. 02-10118 |
|     Debtors, | ) Jointly Administered |
| _____ | ) |
| | ) |
| IT Litigation Trust, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-1268 KAJ |
| | ) |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) |
| HARVEY, JAMES C. McGILL, RICHARD | ) |
| W. POGUE, PHILIP B. DOLAN, E. MARTIN | ) |
| GIBSON, ROBERT F. PUGLIESE, CHARLES | ) |
| W. SCHMIDT, JAMES DAVID WATKINS, | ) |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) |
| THE CARLYLE GROUP, THE CARLYLE | ) |
| GROUP, L.L.C., CARLYLE PARTNERS II, | ) |
| L.P., CARLYLE SBC PARTNERS, II, L.P., | ) |
| CARLYLE INTERNATIONAL PARTNERS | ) |
| II, L.P., CARLYLE INTERNATIONAL | ) |
| PARTNERS III, L.P., C/S INTERNATIONAL | ) |
| PARTNERS, CARLYLE INVESTMENT | ) |
| GROUP, L.P., CARLYLE-IT | ) |
| INTERNATIONAL PARTNERS, L.P., | ) |
| CARLYLE-IT INTERNATIONAL | ) |
| PARTNERS II, L.P., CARLYLE-IT | ) |
| PARTNERS L.P., and T.C. GROUP, L.LC., | ) |
|     Defendants. | ) |
| | ) |
| | ) |

**DECLARATION OF DAVID A. BECKER**

I, David A. Becker, declare as follows.

    1.    I am an attorney in good standing with the law firm of Latham & Watkins in Washington, D.C., which represents Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F.

1

DC\745218.1

Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group, L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners, II, L.P., Carlyle International Partners II, L.P. Carlyle International Partners III, L.P. C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners L.P., and T.C. Group, L.L.C. in this action. I have personal knowledge of the matters set forth herein. This Declaration is made in support of Defendants' Motion to Dismiss.

2. Attached as Exhibit A to this Declaration is a true and correct copy of excerpts from IT Group's 10-K, dated March 22, 1999.

3. Attached as Exhibit B to this Declaration is a true and correct copy of excerpts from IT Group's 10-K, dated March 20, 2001.

4. Attached as Exhibit C to this Declaration is a true and correct copy of excerpts from IT Group's 10-K dated June 24, 1997.

5. Attached as Exhibit D to this Declaration is a true and correct copy of excerpts from IT Group's Proxy Statement, dated May 20, 1999.

6. Attached as Exhibit E to this Declaration is a true and correct copy of IT Group's Certificate of Amendment of Certificate of Incorporation dated August 20, 1987.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2005, in Washington, D.C.

_David A. Becker_
David A. Becker

DC\745218.1