# EXHIBIT E

Case 1:04-cv-01268-***-MPT    Document 39-6    Filed 03/02/2005    Page 1 of 2

877260042

FILED 10Am

SEP 17 1987

CERTIFICATE OF AMENDMENT OF CERTIFICATE OF
INCORPORATION OF INTERNATIONAL TECHNOLOGY CORPORATION

International Technology Corporation, a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That at a meeting of the Board of Directors on April 9, 1987, resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

"RESOLVED, that a new Article Twelfth shall be added to the Certificate of Incorporation of this corporation, which Article shall be and read as follows:

'TWELFTH: A director of this Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except to the extent such limitation of liability is prohibited by the Delaware General Corporation Law as the same exists or may hereafter be amended.'"

SECOND: That on August 13, 1987, pursuant to a resolution of its Board of Directors, and upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware, the annual meeting of the stockholders of said corporation was duly called and held, at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

THIRD: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, said INTERNATIONAL TECHNOLOGY CORPORATION has caused this certificate to be signed by William D. King, its President, and Bernard L. Simonsen, its Secretary, this 20th day of August, 1987.

INTERNATIONAL TECHNOLOGY
CORPORATION, a Delaware
corporation

By: _William D. King_
William D. King, President

ATTEST: _Bernard L. Simonsen_
Bernard L. Simonsen,
Secretary

7267F