IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., et al | ) | Case No. 02-10118 (MFW) |
| Debtors, | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| Plaintiff, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| v | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) | |
| HARVEY, JAMES C. McGILL, | ) | |
| RICHARD W. POGUE, PHILLIP B. | ) | |
| DOLAN, E. MARTIN GIBSON, ROBERT | ) | |
| F. PUGLIESE, CHARLES W. SCHMIDT, | ) | |
| JAMES DAVID WATKINS, ANTHONY | ) | |
| J. DeLUCA, HARRY J. SOOSE, THE | ) | |
| CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP, L.L.C., CARLYLE PARTNERS | ) | JURY TRIAL DEMANDED |
| II, L.P., CARLYLE SBC PARTNERS, II, | ) | |
| L.P., CARLYLE INTERNATIONAL | ) | |
| PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS III, C/S | ) | |
| INTERNATIONAL PARTNERS, | ) | |
| CARLYLE INVESTMENT GROUP, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS II, L.P., | ) | |
| CARLYLE-IT PARTNERS L.P., and T.C. | ) | |
| GROUP, L.L.C., | ) | |
| Defendants | ) | |

**MOTION OF DEFENDANTS CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, L.P., C/S INTERNATIONAL PARTNERS, CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., AND RICHARD W. POGUE TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P. and Richard W. Pogue (collectively, the "Foreign

Defendants"), by and through their respective undersigned counsel, hereby move this Court to dismiss Counts I-V and IX of the First Amended Complaint filed on January 28, 2005 by Plaintiff, the IT Litigation Trust, for lack of personal jurisdiction for all of the reasons set forth in the supporting Brief.

Dated: March 2, 2005
      Wilmington, Delaware

/s/_____
Mark D. Collins (ID No. 2981)
Marcos A. Ramos (ID No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com

-and-

Thomas L. Patten
Laurie B. Smilan
David A. Becker
LATHAM AND WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Telecopier: (202) 637-2201
E-mail: tom.patten@lw.com

*Attorneys for Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., and Richard W. Pogue*

2