IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE IT GROUP, INC., et al ) | Case No. 02-10118 (MFW) |
| Debtors, ) | Jointly Administered |
| ) | |
| _____ ) | |
| ) | |
| IT LITIGATION TRUST, ) | |
| Plaintiff, ) | Civ. A. No. 04-CV-1268 (KAJ) |
| ) | |
| v ) | |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J ) | |
| HARVEY, JAMES C. McGILL, ) | |
| RICHARD W. POGUE, PHILLIP B ) | |
| DOLAN, E. MARTIN GIBSON, ROBERT ) | |
| F PUGLIESE, CHARLES W. SCHMIDT, ) | |
| JAMES DAVID WATKINS, ANTHONY ) | |
| J DeLUCA, HARRY J SOOSE, THE ) | |
| CARLYLE GROUP, THE CARLYLE ) | |
| GROUP, L L C , CARLYLE PARTNERS ) | JURY TRIAL DEMANDED |
| II, L P , CARLYLE SBC PARTNERS, II, ) | |
| L P , CARLYLE INTERNATIONAL ) | |
| PARTNERS II, L P , CARLYLE ) | |
| INTERNATIONAL PARTNERS III, C/S ) | |
| INTERNATIONAL PARTNERS, ) | |
| CARLYLE INVESTMENT GROUP, L P , ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS, L P , CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS II, L P , ) | |
| CARLYLE-IT PARTNERS L P , and T C ) | |
| GROUP, L L C , ) | |
| Defendants ) | |

## ORDER OF COURT

The Motion Of Defendants Carlyle International Partners II, L P , Carlyle International Partners III, L P , C/S International Partners, Carlyle-IT International Partners, L P , Carlyle-IT International Partners II, L P , And Richard W Pogue To Dismiss For Lack Of Personal Jurisdiction (the "Motion") having been filed, and all parties having had an

opportunity to be heard, and the Court having given due consideration to the parties' arguments,

IT IS hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED;

IT IS further ORDERED that Counts I-V and IX of the above-referenced matter are hereby dismissed as to defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., and Richard W. Pogue for lack of personal jurisdiction.

Dated: _____, 2005

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record