

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

March 10, 2005

*VIA eFILE*

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re: *IT Group Litigation Trust v. Daniel A. D'Aniello, et al.*
Civil Action No. 04-CV-1268 (KAJ)

Dear Judge Jordan:

Enclosed please find the proposed scheduling order that we are submitting to the Court in connection with the scheduling conference scheduled for Tuesday, March 15, 2005 at 4:30 p.m. Plaintiff's counsel has reviewed the proposed form of scheduling order and the parties are in consensus as to the terms of the proposed order with the following exceptions:

- **Section III.A. Commencement of Written Discovery Requests.** The proposed scheduling order contains competing versions for this section. The parties continue to confer and will endeavor to finalize the language prior to the scheduling conference.

- **Section III.A.2.a.** The parties continue to confer regarding the number of interrogatories to be submitted by each defendant in this case; and

In addition, the parties have left blank the dates in Section IV.F.1 for a future status conference and in Section V.L for the trial date so that the Court may consult its calendar prior to setting those dates.

10000602.WPD>04056/PLDGS

The Honorable Kent A. Jordan
March 10, 2005
Page 2



If Your Honor has any questions, counsel of plaintiff and defendants will be available at the convenience of the Court.

Respectfully,

Roger D. Anderson
(DE Bar ID No. 3480)


RDA/vkm

Enclosure

cc: Clerk of Court (via e-filing w/ enc.)
    Marcos A. Ramos, Esquire (via e-filing w/ enc.)
    Mark D. Collins, Esquire (via e-filing w/ enc.)
    Ronald S. Gellert, Esquire (via e-filing w/ enc.)
    Jeffrey M. Schlerf, Esquire (via e-filing w/ enc.)
    Thomas H. Kovach, Esquire (via e-filing w/ enc.)
    Eric M. Sutty, Esquire (via e-filing w/ enc.)
    Charles A. DeMonaco, Esquire (via e-mail w/enc.)
    Kimberly L. Haddox, Esquire (via e-mail w/enc.)
    David Becker, Esquire (via e-mail w/enc.)
    Thomas Patten, Esquire (via e-mail w/enc.)
    Laurie B. Smilan, Esquire (via e-mail w/enc.)
    Keena McKay, Esquire (via e-mail w/enc.)
    Mark A. Willard, Esquire (via e-mail w/enc.)
    F. Timothy Grieco, Esquire (via e-mail w/enc.)
    Thomas Glass, Esquire (via e-mail w/enc.)