IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IT GROUP INC., et al., ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 02-10118 |
| ) | Jointly Administered |
| IT LITIGATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. ) | |
| HARVEY, JAMES C. McGILL, RICHARD ) | Civil Action No. 04-1268-KAJ |
| W. POGUE, PHILIP B. DOLAN, E. MARTIN ) | |
| GIBSON, ROBERT F. PUGLIESE, ) | |
| CHARLES W. SCHMIDT, JAMES DAVID ) | |
| WATKINS, ANTHONY J. DELUCA, HARRY ) | |
| J. SOOSE, CARLYLE GROUP, GARLYLE ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, ) | |
| LP, CARLYLE SBS PARTNERS II, L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS II ) | |
| L.P., CARLYLE INTERNATIONAL ) | |
| PARTNERS III, C/S INTERNATIONAL ) | |
| PARTNERS, CARLYLE INVESTMENT ) | |
| GROUP L.P. CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS L.P. ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS II L.P., CARLYLE-IT ) | |
| PARTNERS L.P., and T.C. GROUP LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this **15th** day of **March, 2005**

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **March 15, 2005 at 4:30 p.m.** is hereby rescheduled to **March 28, 2005 at 2:00 p.m.**

in Courtroom 6A, 6th Floor, J. Caleb Boggs Courthouse.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE