IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al.*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, | ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, | ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) | |
| THE CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., | ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II L.P., | ) | JURY TRIAL DEMANDED |
| CARLYLE INTERNATIONAL PARTNERS III, | ) | |
| L.P., C/S INTERNATIONAL PARTNERS, | ) | |
| CARLYLE INVESTMENT GROUP, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS, | ) | |
| LP, CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS H, L.P., CARLYLE-IT PARTNERS | ) | |
| L.P., and T.C. GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS**

WHEREAS, The IT Group, Inc., *et al.*, filed petitions for relief under Chapter 11 of the Bankruptcy Code on January 16, 2002;

582247v1

WHEREAS, the Official Committee of Unsecured Creditors (the "Committee") of The IT Group, Inc., *et al.*, on behalf of the Estate of The IT Group, Inc., *et al.*, ("IT Group" or the "Debtors"), commenced Adversary Proceeding No. 04-51336 (MFW) (the "Action") against the above-captioned defendants (the "Defendants");

WHEREAS, pursuant to the First Amended Joint Chapter 11 Plan for the IT Group, Inc. and Its Affiliated Debtors, confirmed by Order of the Court, dated April 5, 2004 (the "Plan"), the Action was transferred to the IT Litigation Trust (the "Litigation Trust");

WHEREAS, on September 1, 2004, by stipulation of all parties and order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Litigation Trust was substituted as the plaintiff in the Action.

WHEREAS, on September 8, 2004, the United States District Court for the District of Delaware withdrew the reference of the Action to the United States Bankruptcy Court;

WHEREAS, on October 29, 2004, the Defendants filed Motions to Dismiss;

WHEREAS, the Litigation Trust filed a First Amended Complaint on January 28, 2005; and

WHEREAS, the Defendants filed Motions to Dismiss on March 2, 2005.

NOW, THEREFORE, the parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1.   The Litigation Trust's time to file memoranda in opposition to Defendants' Motions to Dismiss is extended through and including April 18, 2005.

2.   The Defendants shall file their replies to the IT Litigation Trust's responsive brief(s) by May 23, 2005.

Dated: March 31, 2005

By: /s/ Roger D. Anderson
    Roger D. Anderson (No. 3480)
    SMITH, KATZENSTEIN & FURLOW LLP
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899
      (courier 19801)
    302.652.8400 (phone)
    302.652.8405 (fax)

    Charles A DeMonaco
    Kimberly L. Haddox
    DICKIE, McCAMEY & CHILCOTE, P.C.
    Two PPG Place Suite 400
    Pittsburgh, PA 15222-5402
    412.281.7272 (phone)
    412.392.5367 (fax)

    *Attorneys for Defendant Harry J. Soose, Jr.*

By: /s/ Ronald S. Gellert
    Ronald S. Gellert (No. 4259)
    ECKERT SEAMANS CHERIN
      & MELLOTT, LLC
    4 East 8th Street - Suite 200
    Wilmington, DE 19801
    302.425.0430 (phone)
    302.425.0432 (fax)

    Mark A. Willard
    Paul D. Steinman
    ECKERT SEAMANS CHERIN
      & MELLOT, LLC
    600 Grant Street, 44th Floor
    Pittsburgh, PA 15219
    412.566.6000 (phone)
    412.566.6099 (fax)

    *Attorneys for Defendant Anthony J. DeLuca*


By: /s/ Marcos A. Ramos
    Mark D. Collins (No. 2981)
    Marcos A. Ramos (No. 4450)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    P. O. Box 551
    Wilmington, DE 19899
    302.651.7700 (phone)
    302.651.7701 (fax)

    *Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners, L.P., and T.C. Group, L.L.C.*

Thomas L. Patten
David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202.637.2200 (phone)
202.637.2201(fax)

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA 20190
703.456.1000 (phone)
703.456.1001 (fax)

582247v1

3

By: /s/ Jeffrey M. Schlerf  
    Jeffrey M. Schlerf (No. 3047)  
    Thomas H. Kovach (No. 3964)  
    Eric M. Sutty (No. 4007)  
    THE BAYARD FIRM  
    222 Delaware Avenue  
    P. O. Box 25130  
    Wilmington, Delaware 19899  
    302. 655.5000  
    302. 658.6395(fax)

Richard S. Wayne  
Thomas P. Glass  
STRAUSS & TROY, LPA  
The Federal Reserve Building  
150 E. Fourth Street  
Cincinnati, Ohio  45202-4018  
513.621.2120 (phone)  
513.629.9426 (fax)

*Attorneys for the IT Litigation Trust*

    IT IS SO ORDERED,

    This ___ day of _____, 2005

_____  
UNITED STATES DISTRICT JUDGE