

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

April 4, 2005

<u>*VIA eFILE*</u>

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  *IT Group Litigation Trust v. Daniel A. D'Aniello, et al.*
      Civil Action No. 04-CV-1268 (KAJ)

Dear Judge Jordan:

With the consent of counsel for all parties, I enclose a form of scheduling order which has been revised in accordance with the Court's directions at the March 28, 2005 scheduling conference. If Your Honor has any questions, I am available at the convenience of the Court.

Respectfully,

Roger D. Anderson
(DE Bar ID No. 3480)

RDA

Enclosure

10001240.WPD

The Honorable Kent A. Jordan
April 4, 2005
Page 2

cc:  Clerk of Court (via e-filing w/ enc.)
    Mark D. Collins, Esquire (via e-filing w/ enc.)
    Ronald S. Gellert, Esquire (via e-filing w/ enc.)
    Jeffrey M. Schlerf, Esquire (via e-filing w/ enc.)
    Thomas H. Kovach, Esquire (via e-mail w/ enc.)
    Eric M. Sutty, Esquire (via e-mail w/ enc.)
    Marcos A. Ramos, Esquire (via e-filing w/ enc.)
    Charles A. DeMonaco, Esquire (via e-mail w/enc.)
    Kimberly L. Haddox, Esquire (via e-mail w/enc.)
    David Becker, Esquire (via e-mail w/enc.)
    Thomas Patten, Esquire (via e-mail w/enc.)
    Laurie B. Smilan, Esquire (via e-mail w/enc.)
    Keena McKay, Esquire (via e-mail w/enc.)
    Mark A. Willard, Esquire (via e-mail w/enc.)
    F. Timothy Gricco, Esquire (via e-mail w/enc.)
    Thomas Glass, Esquire (via e-mail w/enc.)