## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE IT GROUP, INC., et al. | ) Case No. 02-10118 (MFW) |
| Debtors, | ) Jointly Administered |
| | ) |
| IT LITIGATION TRUST, | ) |
| Plaintiff, | ) Civ. A. No. 04-CV-1268 (KAJ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP, L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS, II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C., | ) JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF SERVICE

I, Roger D. Anderson, do hereby certify that on April 18, 2005, I caused two copies of this **Notice of Service** and two copies of **Defendants' Joint Initial Disclosures**

{10001848.DOC}

**Pursuant to Federal Rule of Civil Procedure 26** to be served in the manner indicated on the parties referenced below:

### BY HAND

Jeffrey M. Schlerf, Esquire
Thomas H. Kovach, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE, 19899

Mark D. Collins, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East Eighth Street, Suite 200
Wilmington, DE 19801

### BY U.S. MAIL

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC 20004-1304

{10001848.DOC}

Richard S. Wayne, Esquire
Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202

I further certify that on this 18th day of April 2005, I electronically filed this **Notice of Service** with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Jeffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE, 19899

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East Eighth Street, Suite 200
Wilmington, DE 19801

_/s/ Roger D. Anderson_
Roger D. Anderson (I.D. No. 3480)
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 7th Floor,
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Email: randerson@skfdelaware.com

{10001848.DOC}