## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 18th day of April, 2005, I caused a copy of the **Plaintiff's Memorandum in Opposition to Defendants' Joint Motion to Dismiss for Failure to State a Claim** to be served upon the parties listed below in the manner indicated.

| **Hand Delivery** | **U.S. Mail** |
|---|---|
| Roger D. Anderson, Esquire<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE  19801 | Charles A. DeMonaco, Esquire<br>Kimberly L. Haddox, Esquire<br>Dickie, McCamey & Chilcote, PC<br>Two PPG Place<br>Suite 400<br>Pittsburgh, PA  15222-5402 |
| Mark D. Collins, Esquire<br>Marcos A. Ramos, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square North<br>P.O. Box 551<br>Wilmington, DE  19899 | Mark A. Willard, Esquire<br>Paul D. Steinman, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street<br>44th Floor<br>Pittsburgh, PA  15219 |
| Ronald S. Gellert, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>The Towne Center<br>4 East 8th Street, Suite 200<br>Wilmington, DE  19801 | Thomas L. Patten, Esquire<br>David A. Becker, Esquire<br>Latham & Watkins, LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC  20004 |

Eric M. Sutty (No. 4007)