IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., et al. | ) | Bankruptcy Case No. 02-10118 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ A. No. 04-CV 1268 (KAJ) |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP, L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS, II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Ronald S. Gellert, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Robert V. Campedel, Esquire, of the law firm Eckert Seamans Cherin & Mellott, LLC, USX Tower, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219-2788. The Admittee will represent Anthony J. DeLuca in the above-captioned Adversary Proceeding. The Admittee is admitted, practicing and in good standing in

the Commonwealth of Pennsylvania and the State of Michigan. Mr. Campedel is also admitted to practice before the United States District Court of Appeals for the Third Circuit, the United States District Court for the Western District of Pennsylvania and the United States District Court for the Eastern District of Michigan.

                                                                         *Ronald S. Gellert*
                                                                         ———————————————
                                                                         Ronald S. Gellert (No. 4259)
                                                                         Eckert Seamans Cherin & Mellott, LLC
                                                                         4 East 8th Street, Suite 200
                                                                         Wilmington, DE 19801
                                                                         Telephone: (302) 425-0430
                                                                         Fax:           (302) 425-0431
                                                                         E-mail:       rgellert@eckertseamans.com

       The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: May 2, 2005
                                                                         *Robert V. Campedel*
                                                                         ———————————————
                                                                         Robert V. Campedel, Esquire
                                                                         Eckert Seamans Cherin & Mellott, LLC
                                                                         USX Tower
                                                                         600 Grant Street, 44th Floor
                                                                         Pittsburgh, PA 15219-2788
                                                                         Telephone: (412) 566-6000
                                                                         Fax:           (412) 566-6099
                                                                         E-mail:       rcampedel@eckertseamans.com

Motion Granted.

Dated: May ___, 2005

BY THE COURT:

                                                                         ———————————————
                                                                         The Honorable Kent A. Jordan
                                                                         United States Bankruptcy Judge