## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that on this 2nd day of May, 2005, I caused a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* upon the following via United States first class regular mail postage prepaid:

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire<br>Thomas H. Kovach, Esquire<br>Eric M. Sutty, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>P.O. Box 25130<br>Wilmington, DE  19899<br><br>David S. Rosner, Esquire<br>David E. Ross, Esquire<br>Howard W. Schub, Esquire<br>Andrew K. Glenn, Esquire<br>Scott H. Bernstein, Esquire<br>Kasowitz, Benson, Torress &<br>Friedman, LLP<br>1633 Broadway<br>New York, NY  10019 | Roger D. Anderson, Esquire<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br><br>Charles A. DeMonaco, Esquire<br>Kimberly L. Haddox, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place Suite 400<br>Pittsburgh, PA  15222-5402<br><br>David A. Becker<br>Latham & Watkins LLP<br>555 11th Street NW Suite 1000<br>Washington, DE  20004-1304 |

_____
Ronald S. Gellert

M0506393.DOC