IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, | ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, | ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) | |
| THE CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., | ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II L.P., | ) | JURY TRIAL DEMANDED |
| CARLYLE INTERNATIONAL PARTNERS III, | ) | |
| L.P., C/S INTERNATIONAL PARTNERS, | ) | |
| CARLYLE INVESTMENT GROUP, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS, | ) | |
| LP, CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS H, L.P., CARLYLE-IT PARTNERS | ) | |
| L.P., and T.C. GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION TO EXTEND TIME TO REPLY TO
## THE LITIGATION TRUST'S OPPOSITION TO DEFENDANTS'
## MOTIONS TO DISMISS

WHEREAS, The IT Group, Inc., *et al.*, filed petitions for relief under Chapter 11 of the

Bankruptcy Code on January 16, 2002;

VA\16236 1

WHEREAS, the Official Committee of Unsecured Creditors (the "Committee") of The IT Group, Inc., *et al.*, on behalf of the Estate of The IT Group, Inc., *et al.*, ("IT Group" or the "Debtors"), commenced Adversary Proceeding No. 04-51336 (MFW) (the "Action") against the above-captioned defendants (the "Defendants");

WHEREAS, pursuant to the First Amended Joint Chapter 11 Plan for the IT Group, Inc. and Its Affiliated Debtors, confirmed by Order of the Court, dated April 5, 2004 (the "Plan"), the Action was transferred to the IT Litigation Trust (the "Litigation Trust");

WHEREAS, on September 1, 2004, by stipulation of all parties and order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), the Litigation Trust was substituted as the plaintiff in the Action.

WHEREAS, on September 8, 2004, the United States District Court for the District of Delaware withdrew the reference of the Action to the United States Bankruptcy Court;

WHEREAS, on October 29, 2004, the Defendants filed Motions to Dismiss;

WHEREAS, the Litigation Trust filed a First Amended Complaint on January 28, 2005;

WHEREAS, the Defendants filed Motions to Dismiss on March 2, 2005; and

WHEREAS, the Litigation Trust filed its Oppositions to the Defendants' Motions to Dismiss on April 18, 2005.

NOW, THEREFORE, the parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1.    The Defendants' time to file memoranda in reply to the Litigation Trust's Opposition to Defendants' Motions to Dismiss is extended from May 23, 2005 through and including May 27, 2005.

Dated:  May 19, 2005
       Wilmington, Delaware


By:  /s/Roger D. Anderson
    Roger D. Anderson (No. 3480)
    SMITH, KATZENSTEIN & FURLOW LLP
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE  19899
     (courier 19801)
    302.652.8400 (phone)
    302.652.8405 (fax)


    Charles A DeMonaco
    Kimberly L. Haddox
    DICKIE, McCAMEY & CHILCOTE, P.C.
    Two PPG Place Suite 400
    Pittsburgh, PA  15222-5402
    412.281.7272 (phone)
    412.392.5367 (fax)


    *Attorneys for Defendant Harry J. Soose, Jr.*


By:  /s/Ronald S. Gellert
    Ronald S. Gellert (No. 4259)
    ECKERT SEAMANS CHERIN
     & MELLOTT, LLC
    4 East 8th Street - Suite 200
    Wilmington, DE 19801
    302.425.0430 (phone)
    302.425.0432 (fax)


    Mark A. Willard
    Paul D. Steinman
    ECKERT SEAMANS CHERIN
     & MELLOT, LLC
    600 Grant Street, 44th Floor
    Pittsburgh, PA  15219
    412.566.6000 (phone)
    412.566.6099 (fax)


    *Attorneys for Defendant Anthony J. DeLuca*

By: /s/ Marcos A. Ramos
    Mark D. Collins (No. 2981)
    Marcos A. Ramos (No. 4450)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    P. O. Box 551
    Wilmington, DE 19899
    302.651.7700 (phone)
    302.651.7701 (fax)

*Attorneys for Defendants Daniel A. D'Aniello,
Francis J. Harvey, James C. McGill, Richard
W. Pogue, Philip B. Dolan, E. Martin Gibson,
Robert F. Pugliese, Charles W. Schmidt, James
David Watkins, The Carlyle Group, The
Carlyle Group L.L.C., Carlyle Partners II,
L.P., Carlyle SBC Partners II, L.P., Carlyle
International Partners II, L.P., Carlyle
International Partners III, L.P., C/S
International Partners, Carlyle Investment
Group, L.P., Carlyle-IT International Partners,
L.P., Carlyle-IT International Partners II, L.P.,
Carlyle-IT Partners, L.P., and T.C. Group,
L.L.C.*

By: _____
    Jeffrey M. Schlerf (No. 3047)
    Thomas H. Kovach (No. 3964)
    Eric M. Sutty (No. 4007)
    THE BAYARD FIRM
    222 Delaware Avenue
    P. O. Box 25130
    Wilmington, Delaware 19899
    302. 655.5000
    302. 658 6395 (fax)

Thomas L. Patten
David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202.637.2200 (phone)
202.637.2201 (fax)

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA 20190
703.456.1000 (phone)
703.456.1001 (fax)

Richard S. Wayne
Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio  45202-4018
513.621.2120 (phone)
513.629.9426 (fax)

*Attorneys for the IT Litigation Trust*

IT IS SO ORDERED,

This ___ day of _____, 2005

_____
UNITED STATES DISTRICT JUDGE