# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE IT GROUP, INC., et al., | : | Case No. 02-10118 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |
| ——————————————— | : | |
| | : | |
| IT LITIGATION TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1268-KAJ |
| | : | |
| DANIEL A. D'ANIELLO, et al., | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

At Wilmington this **2nd** day of **June, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, June 13, 2005 at 4:30 a.m. EST** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences.  The teleconference shall include all counsel in the related cases of: *Thomas L. Payne, et al. v. Anthony J. DeLuca, et al.*, U. S. District Court, West District of Pennsylvania, Case No. 02-1927; *Howard G. Clair, et al. v. Anthony J. DeLuca, et al.*, U.S. District Court, Western District of Pennsylvania, Case No. 0288; *Staro Asset Management, LLC v. Anthony J. DeLuca, et al.*, U.S. District Court, Western District of Pennsylvania, Cawe No. 02-0886; *Highland Capital Mgmt, L.P., et al. v. TC Group, et*

*al.*, Delaware Supreme Ct. No. 04C-06-068; and *Federal Insurance Company v. D'Aniello*, U.S. District Court, Western District of Pennsylvania, Case No. 05-0305.   **Plaintiff's counsel shall initiate the teleconference call and is responsible for notifying counsel in the related cases of the teleconference.**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE