IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| THE IT GROUP, INC., et al. ) | |
| Debtors, ) | |
| _____ ) | Civil Action No.: 04-1268 KAJ |
| ) | |
| IT Litigation Trust, ) | |
| Plaintiff, ) | |
| ) | Chapter 11 |
| v. ) | Case No. 02-10118 |
| ) | Jointly Administered |
| DANIEL A. D'ANIELLO, FRANCIS J. ) | |
| HARVEY, JAMES C. McGILL, RICHARD ) | Adversary Proceeding No. 04-51336-MFW |
| W. POGUE, PHILIP B. DOLAN, E. MARTIN ) | |
| GIBSON, ROBERT F. PUGLIESE, CHARLES ) | |
| W. SCHMIDT, JAMES DAVID WATKINS, ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, ) | |
| THE CARLYLE GROUP, THE CARLYLE ) | |
| GROUP, L.L.C., CARLYLE PARTNERS II, ) | |
| L.P., CARLYLE SBC PARTNERS, II, L.P., ) | SECOND DECLARATION |
| CARLYLE INTERNATIONAL PARTNERS ) | OF DAVID A. BECKER |
| II, L.P., CARLYLE INTERNATIONAL ) | |
| PARTNERS III, L.P., C/S INTERNATIONAL ) | |
| PARTNERS, CARLYLE INVESTMENT ) | |
| GROUP, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS, L.P., ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS II, L.P., CARLYLE-IT ) | |
| PARTNERS L.P., and T.C. GROUP, L.L.C., ) | |
| Defendants. ) | |
| ) | |
| ) | |

**SECOND DECLARATION OF DAVID A. BECKER**

I, David A. Becker, declare as follows:

1. I am an attorney in good standing with the law firm of Latham & Watkins in Washington, D.C., which represents Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F.

1

DC\767149.1

Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group, L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners, II, L.P., Carlyle International Partners II, L.P. Carlyle International Partners III, L.P. C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners L.P., and T.C. Group, L.L.C. in this action. I have personal knowledge of the matters set forth herein. This Declaration is made in support of Plaintiff's Motion to Dismiss.

2. Attached as Exhibit A to this Declaration is a true and correct copy of IT Group's Proxy Statement, dated October 30, 1996.

3. Attached as Exhibit B to this Declaration are true and correct copies of IT Group's 8-K and accompanying press release, dated November 30, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of June, 2005, in Washington, D.C.

_/s/ David A. Becker_
David A. Becker

DC\767149.1

2