# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MARCOS A. RAMOS
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7566
RAMOS@RLF.COM

June 7, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *IT Litigation Trust v. Daniel A. D'Aniello, et al.*
Civ. A. No. 04-01268 (KAJ)

Dear Judge Jordan:

I write on behalf of the defendants (collectively, "Defendants") in the above-referenced proceeding. On March 2, 2005, Defendants filed their (1) Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction and their (2) Joint Motion to Dismiss for Failure to State a Claim (collectively, the "Motions"). On April 18, 2005, Plaintiff filed its briefs in opposition to the Motions and on June 3, 2005, Defendants filed their reply briefs in further support of their Motions. Accordingly, the Motions are now fully briefed. Pursuant to District of Delaware Local Rule 7.1.4, Defendants respectfully request that oral argument be scheduled on the Motions at the Court's convenience.

Respectfully submitted,

Marcos A. Ramos

MXR/klm

cc: Mark D. Collins, Esq. (via hand delivery)
Roger D. Anderson, Esq. (via hand delivery)
Ronald S. Gellert, Esq. (via hand delivery)
Jeffrey M. Schlerf, Esq. (via hand delivery)
David A. Becker, Esq. (via facsimile)
Charles A. De Monaco, Esq. (via facsimile)
Mark A. Willard, Esq. (via facsimile)
Thomas P. Glass, Esq. (via facsimile)

RLF1-2883944-1