IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IT GROUP INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 02-10118 |
| _____ | ) | Jointly Administered |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) | |
| HARVEY, JAMES C. McGILL, RICHARD | ) | Civil Action No. 04-1268-KAJ |
| W. POGUE, PHILIP B. DOLAN, E. MARTIN | ) | |
| GIBSON, ROBERT F. PUGLIESE, | ) | |
| CHARLES W. SCHMIDT, JAMES DAVID | ) | |
| WATKINS, ANTHONY J. DELUCA, HARRY | ) | |
| J. SOOSE, CARLYLE GROUP, GARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, | ) | |
| LP, CARLYLE SBS PARTNERS II, L.P., | ) | |
| CARLYLE INTERNATIONAL PARTNERS II | ) | |
| L.P., CARLYLE INTERNATIONAL | ) | |
| PARTNERS III, C/S INTERNATIONAL | ) | |
| PARTNERS, CARLYLE INVESTMENT | ) | |
| GROUP L.P. CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS L.P. | ) | |
| CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS II L.P., CARLYLE-IT | ) | |
| PARTNERS L.P., and T.C. GROUP LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Oral argument on defendants' joint motion dismiss for lack of jurisdiction

(D.I. 35) and joint motion to dismiss for failure to state a claim (D.I. 37) in the above-

captioned action will be heard on **June 29, 2005** beginning at 2:00 p.m. and concluding

at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington,

Delaware.

UNITED STATES DISTRICT JUDGE

June 9, 2005
Wilmington, Delaware