FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE 2005 JUN 20  AM 9: 41

IT GROUP INC., et al.,                                )    Chapter 11
                                                      )
                              Debtor.                 )    Case No. 02-10118
_____               )    Jointly Administered
                                                      )
IT LITIGATION TRUST,                                  )
                                                      )
                              Plaintiff,              )
                                                      )
        v.                                            )
                                                      )
DANIEL A. D'ANIELLO, FRANCIS J.                       )
HARVEY, JAMES C. McGILL, RICHARD                      )    Civil Action No. 04-1268-KAJ
W. POGUE, PHILIP B. DOLAN, E. MARTIN                  )
GIBSON, ROBERT F. PUGLIESE,                           )
CHARLES W. SCHMIDT, JAMES DAVID                       )
WATKINS, ANTHONY J. DELUCA, HARRY                     )
J. SOOSE, CARLYLE GROUP, GARLYLE                      )
GROUP L.L.C., CARLYLE PARTNERS II,                    )
LP, CARLYLE SBS PARTNERS II, L.P.,                    )
CARLYLE INTERNATIONAL PARTNERS II                     )
L.P., CARLYLE INTERNATIONAL                           )
PARTNERS III, C/S INTERNATIONAL                       )
PARTNERS, CARLYLE INVESTMENT                          )
GROUP L.P. CARLYLE-IT                                 )
INTERNATIONAL PARTNERS L.P.                           )
CARLYLE-IT INTERNATIONAL                              )
PARTNERS II L.P., CARLYLE-IT                          )
PARTNERS L.P., and T.C. GROUP LLC,                    )
                                                      )
                              Defendants.             )


## ORDER

At Wilmington this **20th** day of **June, 2005,**

IT IS ORDERED that the Oral argument on defendants' joint motion

dismiss for lack of jurisdiction (D.I. 35) and joint motion to dismiss for failure to state a

claim (D.I. 37) presently set for **June 29, 2005 at 2:00 p.m.** is hereby rescheduled to

**September 12, 2005 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs

Courthouse.

_____
UNITED STATES DISTRICT JUDGE