```
                                          FILED
                                 CLERK U.S. DISTRICT COURT
                                   DISTRICT OF DELAWARE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE    2005 AUG -1  AM 10: 13

| | | |
|---|---|---|
| IT GROUP INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 02-10118 |
| | ) | Jointly Administered |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DELUCA, HARRY J. SOOSE, CARLYLE GROUP, GARLYLE GROUP L.L.C., CARLYLE PARTNERS II, LP, CARLYLE SBS PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP L.P. CARLYLE-IT INTERNATIONAL PARTNERS L.P. CARLYLE-IT INTERNATIONAL PARTNERS II L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1268-KAJ |
| Defendants. | ) | |

## ORDER

At Wilmington this **1st** day of **August, 2005**,

IT IS ORDERED that the Oral argument on defendants' joint motion dismiss for lack of jurisdiction (D.I. 35) and joint motion to dismiss for failure to state a claim (D.I. 37) presently set for **September 12, 2005 at 2:00 p.m.** is hereby

rescheduled to **September 8, 2005 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Courthouse.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE