## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on September 8, 2005, I electronically filed the foregoing Correspondence dated September 8, 2005 from Marcos A. Ramos to The Honorable Kent A. Jordan with the Clerk of the Court using the CM/ECF which will send notifications of such filing(s) to the following:

Roger D. Anderson, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

-and-

Jeffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

I, Marcos A. Ramos, do further hereby certify that on September 8, 2005, I caused the foregoing Correspondence dated September 8, 2005 from Marcos A. Ramos to The Honorable Kent A. Jordan to be served in the manner indicated upon the parties referenced below

## HAND DELIVERY

Roger D. Anderson, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

1

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

Jeffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

-and-

**VIA FACSIMILE**

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place Suite 400
Pittsburgh, PA 15222-5402

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW Suite 1000
Washington, DC 20004-1304

-and-

Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio  45202


_____
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  ramos@rlf.com

3