# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| THE IT GROUP, INC., et al. | ) Civil Action No. 04-CV 1268 KAJ |
|  | ) |
| Debtors. | ) |
|  | ) |
| ——————————————— | ) |
|  | ) |
| IT LITIGATION TRUST, | ) Chapter 11 |
|  | ) Bankruptcy Case No. 02-10118 |
| Plaintiff, | ) Jointly Administered |
|  | ) |
| v. | ) |
|  | ) |
|  | ) Adversary Proceeding No. 04-51336-MFW |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) |
| HARVEY, JAMES C. McGILL, RICHARD | ) |
| W. POGUE, PHILIP B. DOLAN, E. | ) |
| MARTIN GIBSON, ROBERT F. | ) |
| PUGLIESE, CHARLES W. SCHMIDT, | ) |
| JAMES DAVID WATKINS, ANTHONY J. | ) |
| DeLUCA, HARRY J. SOOSE, THE | ) |
| CARLYLE GROUP, THE CARLYLE | ) |
| GROUP, L.L.C., CARLYLE PARTNERS II, | ) |
| L.P., CARLYLE SBC PARTNERS, II, L.P., | ) |
| CARLYLE INTERNATIONAL PARTNERS | ) |
| II, L.P., CARLYLE INTERNATIONAL | ) |
| PARTNERS III, C/S INTERNATIONAL | ) |
| PARTNERS, CARLYLE INVESTMENT | ) |
| GROUP, L.P., CARLYLE-IT | ) |
| INTERNATIONAL PARTNERS, L.P., | ) |
| CARLYLE-IT INTERNATIONAL | ) |
| PARTNERS II, L.P., CARLYLE-IT | ) |
| PARTNERS L.P., and T.C. GROUP, LLC, | ) |
|  | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Ronald S. Gellert, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Robert V. Campedel, Esq., of the law firm Eckert Seamans Cherin & Mellott, LLC, US Steel Tower, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219-2788. The Admittee is admitted, practicing and in good standing in the

Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania and the Eastern District of Michigan.

Ronald S. Gellert (No. 4259)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801
Telephone:  (302) 425-0430
Fax:            (302) 425-0432
E-mail:        rgellert@eckertseamans.com

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: November 29, 2005

Robert V. Campedel, Esq.
Eckert Seamans Cherin & Mellott, LLC
US Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219-2788
Telephone:  (412) 566-6000
Fax:            (412) 566-6099
E-mail:        rcampedel@eckertseamans.com

MOTION GRANTED.

Dated: December ____, 2005

BY THE COURT:

_____

The Honorable Kent A. Jordan
United States Bankruptcy Judge

2