## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that on this 5th day of December 2005, I caused a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* to be served upon the following via United States mail, first class postage prepaid:

Jeffrey M. Scherf (No. 3047)
Thomas H. Kovach (No. 3964)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Mark D. Collins (ID No. 2981)
Marcos A. Ramos (ID No. 4450)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899

Richard S. Wayne
Thomas P. Glass
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018

Thomas L. Patten
Laurie B. Smilan
David A. Becker
Greg Harris
Latham and Watkins, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

_____
Ronald S. Gellert