IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| THE IT GROUP, INC., et al. ) | Civil Action No. 04-CV 1268 KAJ |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| IT LITIGATION TRUST, ) | Chapter 11 |
| ) | Bankruptcy Case No. 02-10118 |
| Plaintiff, ) | Jointly Administered |
| ) | |
| v. ) | |
| ) | Adversary Proceeding No. 04-51336-MFW |
| DANIEL A. D'ANIELLO, FRANCIS J. ) | |
| HARVEY, JAMES C. McGILL, RICHARD ) | |
| W. POGUE, PHILIP B. DOLAN, E. ) | |
| MARTIN GIBSON, ROBERT F. ) | |
| PUGLIESE, CHARLES W. SCHMIDT, ) | |
| JAMES DAVID WATKINS, ANTHONY J. ) | |
| DeLUCA, HARRY J. SOOSE, THE ) | |
| CARLYLE GROUP, THE CARLYLE ) | |
| GROUP, L.L.C., CARLYLE PARTNERS II, ) | |
| L.P., CARLYLE SBC PARTNERS, II, L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS ) | |
| II, L.P., CARLYLE INTERNATIONAL ) | |
| PARTNERS III, C/S INTERNATIONAL ) | |
| PARTNERS, CARLYLE INVESTMENT ) | |
| GROUP, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS, L.P., ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS II, L.P., CARLYLE-IT ) | |
| PARTNERS L.P., and T.C. GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## ENTRY AND SUBSTITUTION OF APPEARANCE

Please enter the appearance of Robert V. Campedel, Esq., for defendant Anthony J. DeLuca in substitution for Paul D. Steinman.

Robert V. Campedel (Pro hac vice)
Eckert Seamans Cherin & Mellott, LLC

US Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA  15219
Telephone:  412-566-6009
Facsimile:  412-566-6099
E-mail:  rcampedel@eckertseamans.com

Dated:  November 30, 2005