# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al.*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, | ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, | ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) | |
| THE CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., | ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II L.P., | ) | JURY TRIAL DEMANDED |
| CARLYLE INTERNATIONAL PARTNERS III, | ) | |
| L.P., C/S INTERNATIONAL PARTNERS, | ) | |
| CARLYLE INVESTMENT GROUP, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS, | ) | |
| LP, CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS H, L.P., CARLYLE-IT PARTNERS | ) | |
| L.P., and T.C. GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION TO EXTEND TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR RECONSIDERATION AND DEFENDANTS' PETITION FOR CERTIFICATION OF ISSUES OF LAW TO THE SUPREME COURT OF DELAWARE

WHEREAS, The IT Group, Inc., *et al.*, filed petitions for relief under Chapter 11 of the Bankruptcy Code on January 16, 2002;

WHEREAS, the Official Committee of Unsecured Creditors (the "Committee") of The IT Group, Inc., *et al.*, on behalf of the Estate of The IT Group, Inc., *et al.*, ("IT Group" or the "Debtors"), commenced Adversary Proceeding No. 04-51336 (MFW) (the "Action") against the above-captioned defendants (the "Defendants");

WHEREAS, pursuant to the First Amended Joint Chapter 11 Plan for the IT Group, Inc. and Its Affiliated Debtors, confirmed by Order of the Court, dated April 5, 2004 (the "Plan"), the Action was transferred to the IT Litigation Trust (the "Litigation Trust"), which was substituted as the plaintiff in the Action;

WHEREAS, on September 8, 2004, the United States District Court for the District of Delaware withdrew the reference of the Action to the United States Bankruptcy Court;

WHEREAS, the Defendants filed Motions to Dismiss the Litigation Trust's First Amended Complaint ("Complaint") on March 2, 2005;

WHEREAS, on November 15, 2005, the District Court issued an Opinion and Order dismissing certain counts of the Complaint and sustaining certain other counts;

WHERAS, on November 30, 2005, Defendants in this action filed their Joint Motion For Reconsideration and Petition For Certification Of Issues Of Law To The Supreme Court Of Delaware (the "Joint Motion");

WHEREAS, the Plaintiff in this action requires additional time to respond to the Joint Motion than permitted by the Federal Rules of Civil Procedure and the Local Rule of this Court.

WHEREAS, the Defendants have agreed to an extension of time for Plaintiff to file its opposition brief until and through January 10, 2006,

611244v1

2

NOW, THEREFORE, the parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1.    Plaintiff's time to file a brief in opposition to Defendants' Joint Motion is extended through and including January 10, 2006.

Dated: December 12, 2005

By: /s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
302.651.7700 (phone)
302.651.7701 (fax)

*Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners, L.P., and T.C. Group, L.L.C.*

Thomas L. Patten
David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004
202.637.2200 (phone)
202.637.2201(fax)

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA  20190
703.456.1000 (phone)
703.456.1001 (fax)

By: /s/Ronald S. Gellert
   ECKERT SEAMANS CHERIN
    & MELLOTT, LLC
   4 East 8th Street - Suite 200
   Wilmington, DE 19801
   302.425.0430 (phone)
   302.425.0432 (fax)

*Attorneys for Defendant Anthony J. DeLuca*

By: _____
   Jeffrey M. Schlerf (No. 3047)
   Eric M. Sutty (No. 4007)
   THE BAYARD FIRM
   222 Delaware Avenue
   P. O. Box 25130
   Wilmington, Delaware 19899
   302. 655.5000
   302. 658.6395(fax)

   *Attorneys for the IT Litigation Trust*

Mark A. Willard
Paul D. Steinman
ECKERT SEAMANS CHERIN
   & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
412.566.6000 (phone)
412.566.6099 (fax)

Richard S. Wayne
Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio  45202-4018
513.621.2120 (phone)
513.629.9426 (fax)

IT IS SO ORDERED,

This ___ day of _____, 2005

_____
UNITED STATES DISTRICT JUDGE