IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>THE IT GROUP, INC., *et al.*, )<br>)<br>Debtors. )<br>)<br>)<br>_____ ) | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, )<br>JAMES C. MCGILL, RICHARD W. POGUE, )<br>PHILLIP B. DOLAN, E. MARTIN GIBSON, )<br>ROBERT F. PUGLIESE, CHARLES W. )<br>SCHMIDT, JAMES DAVID WATKINS, )<br>ANTHONY J. DeLUCA, THE CARLYLE )<br>GROUP, THE CARLYLE GROUP L.L.C., )<br>CARLYLE PARTNERS II, L.P., )<br>CARLYLE SBC PARTNERS II, L.P., CARLYLE )<br>INTERNATIONAL PARTNERS II L.P., )<br>CARLYLE INTERNATIONAL PARTNERS III, )<br>L.P., C/S INTERNATIONAL PARTNERS, )<br>CARLYLE INVESTMENT GROUP, L.P., )<br>CARLYLE-IT INTERNATIONAL PARTNERS, )<br>LP, CARLYLE-IT INTERNATIONAL )<br>PARTNERS II, L.P., CARLYLE-IT PARTNERS )<br>L.P., and T.C. GROUP, L.L.C., )<br>)<br>Defendants. )<br>) | Civ. A. No. 04-CV-1268 (KAJ)<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**STIPULATION TO EXTEND TIME TO ANSWER THE**
**FIRST AMENDED COMPLAINT**

WHEREAS, The IT Group, Inc., *et al.*, filed petitions for relief under Chapter 11 of the Bankruptcy Code on January 16, 2002;

WHEREAS, the Official Committee of Unsecured Creditors (the "Committee") of The IT Group, Inc., *et al.*, on behalf of the Estate of The IT Group, Inc., *et al.*, ("IT Group" or the

"Debtors"), commenced Adversary Proceeding No. 04-51336 (MFW) (the "Action") against the above-captioned defendants (the "Defendants");

WHEREAS, pursuant to the First Amended Joint Chapter 11 Plan for the IT Group, Inc. and Its Affiliated Debtors, confirmed by Order of the Court, dated April 5, 2004 (the "Plan"), the Action was transferred to the IT Litigation Trust (the "Litigation Trust"), which was substituted as the plaintiff in the Action;

WHEREAS, on September 8, 2004, the United States District Court for the District of Delaware withdrew the reference of the Action to the United State Bankruptcy Court;

WHEREAS, the Defendants filed Motions to Dismiss the Litigation Trust's First Amended Complaint ("Complaint") on March 2, 2005;

WHEREAS, on November 15, 2005, the District Court issued an Opinion and Order dismissing certain counts of the Complaint and sustaining certain other counts;

WHEREAS, due to the multiple Defendants in this action and Defendants' travel schedules during the holiday season it was infeasible for Defendants to submit their Answers to the Complaint within the time specified the Federal Rules of Civil Procedure and the Local Rules of this Court, the time for Defendants to answer the Complaint was extended by stipulation and Order until January 10, 2006;

WHEREAS, the parties have agreed to an additional thirty (30) day extension of time for Defendants to answer the Complaint until and through February 10, 2006.

NOW THEREFORE, the parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. For those Defendants that are presently required to answer the Complaint, those Defendants' time to answer the Complaint is extended through and including February 10, 2006.

Dated: January 5, 2006

By: /s/ Marcos A. Ramos
    Mark D. Collins (No. 2981)
    Marcos A. Ramos (No. 4450)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    P. O. Box 551
    Wilmington, DE 19899
    302.651.7700 (phone)
    302.651.7701 (fax)

    *Attorneys for Defendants The Carlyle Group, Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle Investment Group, L.P., Carlyle-IT Partners, L.P., T.C. Group, L.L.C., Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Phillip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt and James David Watkins*

Thomas L. Patten
David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202.637.2200 (phone)
202.637.2201 (fax)

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA 20190
703.456.1000 (phone)
703.456.1001 (fax)

By: /s/ Ronald S. Gellert
    Ronald S. Gellert (No 4259)
    ECKERT SEAMANS CHERIN & MELLOTT, LLC
    4 East 8th Street – Suite 200
    Wilmington, DE 19801
    302.425.0430 (phone)
    302.425.0432 (fax)
    rgellert@eckertseamans.com (email)

    *Attorneys for Defendant Anthony J. DeLuca*

Mark A. Willard
Robert V. Campedel
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
412.566.6000 (phone)
412.566.6099 (fax)

By: [signature]
    Jeffrey M. Schlerf (No 3047)
    Eric M. Sutty (No. 4007)
    THE BAYARD FIRM
    222 Delaware Avenue
    P.O. Box 25130
    Wilmington, Delaware 19899
    302.655.5000 (phone)
    302.658.6395 (fax)
    jschlerf@bayardfirm.com (email)

    *Attorneys for the IT Litigation Trust*

Richard S. Wayne
Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
513.621.2120 (phone)
513.629.9426 (fax)

IT IS SO ORDERED,

This ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE

4