# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, | ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, | ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) | |
| THE CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., | ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II L.P., | ) | |
| CARLYLE INTERNATIONAL PARTNERS III, | ) | |
| C/S INTERNATIONAL PARTNERS, CARLYLE | ) | |
| INVESTMENT GROUP, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS, LP, | ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS II, | ) | |
| L.P., CARLYLE-IT PARTNERS L.P., | ) | |
| and T.C. GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

# DECLARATION OF THOMAS P. GLASS

I, Thomas P. Glass, declare as follows:

1.      I am one of the attorneys representing Plaintiff The IT Litigation Trust in this matter.

2.      Attached as Exhibit A to this declaration are copies of the relevant portions of the deposition Francis Harvey, conducted February 6, 2002, in *In The Matter of The IT Group, Inc. et al.* United States Bankruptcy Court, For the District of Delaware, Case No. 02-10118(MFW).

I declare under perjury that the foregoing is true and correct.

Executed on this 9th day of January, 2006, in Cincinnati, Ohio

_____
Thomas P. Glass

102212 001/849682_1 DOC

2

# EXHIBIT "A"

C.A. # 02-10118 (MFW)

The IT Group, Inc., et al.

Francis Harvey
February 6, 2002

Page 8

[1] chance to see this document and that the witness has
[2] clearly reviewed this material in preparation for the
[3] deposition we will reserve the right to question on this
[4] material once it is received.
[5]    MR. SAUNDERS: You can reserve whatever
[6] right you have. Obviously, you know, to the extent that
[7] there are difficulties that arise for you by virtue of
[8] the timing of the situation generally or the fact that
[9] you asked for document production the same day you asked
[10] for depositions to start, we may have a different view.
[11] But I understand you are reserving whatever right you
[12] have.
[13]               BY MS. BENENATI:
[14]    Q: Mr. Harvey, could you state and spell your full
[15] name for the record?
[16]    A: Francis Harvey, F-r-a-n-c-i-s, H-a-r-v-e-y.
[17]    Q: Please state your home address.
[18]    A: It's 116 Twin Oaks Drive, Los Gatos, California,
[19] 95032.
[20]    Q: What is your present position with IT Group?
[21]    A: I'm the acting CEO.
[22]    Q: How long have you held that position?
[23]    A: Since November 12th.
[24]    Q: What was your position prior to that time?

Page 9

[1]    A: I was on the board of directors — relative to
[2] The IT Group?
[3]    Q: Yes.
[4]    A: I was on the board of directors.
[5]    Q: Were you otherwise employed other than your
[6] position on the board?
[7]    A: Yes. I'm on a number of boards.
[8]    Q: Did you have any other connection with The IT
[9] Group prior to November 12 besides sitting on the board
[10] of directors?
[11]    A: Prior to November 12?
[12]    Q: I believe that's the date you —
[13]    A: No. Just I was on the board of directors
[14] starting about June of '99.
[15]    Q: So you never held any other management position
[16] in the company prior?
[17]    A: No management position, no.
[18]    MR. SAUNDERS: Make sure you let the
[19] questioner completely finish her question before you
[20] answer.
[21]    Q: That's November 12 of 2001?
[22]    A: Correct.
[23]    Q: What is your affiliation with The Carlysle
[24] Group?

Page 10

[1]    MR. SAUNDERS: Objection to form. You can
[2] answer.
[3]    A: I don't have any formal affiliation with The
[4] Carlysle Group. I am on two other boards for Carlysle.
[5]    Q: What is the relationship between Carlysle and
[6] The IT Group?
[7]    A: Carlysle up until November controlled the board.
[8] They had approximately, they had a 20 plus percent
[9] ownership of the company.
[10]    Q: That changed in November 2001?
[11]    A: Right. My understanding is they no longer had
[12] control of the board after November 2001.
[13]    Q: Did that coincide at all with your appointment
[14] as acting CEO?
[15]    A: No. The election of the next board would be,
[16] would have been the May meeting, May 2002 board meeting.
[17] So until May 2002 they had a majority of the board of
[18] directors appointed.
[19]    Q: I'd like to turn to documents that are attached
[20] to a document that was filed under seal in the bankruptcy
[21] court. I believe the date is not on here.
[22]    MR. SCHLERF: The date it was filed under
[23] seal? I think it was January 23rd.
[24]    MS. BENENATI: Thank you. I'd like to mark

Page 11

[1] it as Exhibit 2
[2]    (Harvey Deposition Exhibit No. 2 marked for
[3] identification.)
[4]               BY MS. BENENATI:
[5]    Q: Would you please turn to the fifth page of the
[6] document, page entitled "IT Group Consolidated Income
[7] Statement"?
[8]    A: Page 6? Is that right?
[9]    Q: It's page 6 of the fax I believe, yes.
[10]    Q: Are you familiar with this document?
[11]    A: Yes.
[12]    Q: Who prepared this document?
[13]    A: The CFO's — the financial organization of IT
[14] Group.
[15]    Q: That would be under the direction of Mr. Soose?
[16]    A: Yes.
[17]    Q: Is anyone else involved in the preparation of
[18] the statement — let me finish my question, please.
[19]    Was anyone else involved in the preparation
[20] of the statement besides Mr. Soose's group?
[21]    A: Yes.
[22]    Q: Who would that be?
[23]    A: It would be various business line organizations
[24] that contribute, that are part of the IT Group.

EXHIBIT 4

Wilcox & Fetzer, Ltd. - (302)655-0477      Min-U-Script®      (5) Page 8 - Page 11