IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE IT GROUP, INC., et at, ) | Case No. 02-10118 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| IT LITIGATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 04-CV-1268 (KAJ) |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, ) | |
| ROBERT F. PUGLIESE, CHARLES W. ) | |
| SCHMIDT, JAMES DAVID WATKINS, ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, ) | |
| THE CARLYLE GROUP, THE CARLYLE ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE ) | |
| INTERNATIONAL PARTNERS II L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS III, ) | |
| C/S INTERNATIONAL PARTNERS, CARLYLE ) | |
| INVESTMENT GROUP, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS, LP, ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS II, ) | |
| L.P., CARLYLE-IT PARTNERS L.P., ) | |
| and T.C. GROUP, L.L.C., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Plaintiff, The IT Litigation Trust ("the Trust"), through counsel, respectfully requests that the Court grant it leave to file a Second Amended Complaint. Federal Civil Rule 15(a) provides

613738v1

that "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Additionally, if "a complaint is subject to a Rule 12(b)(6) dismissal, a district court must permit a curative amendment unless such an amendment would be inequitable or futile." *Alston v. Parker*, 363 F.3d 229, 235 (3d Cir. 2004). Moreover, the district court must provide the plaintiff with this opportunity even if the plaintiff does not seek leave to amend. *Id*. As a result, even when a plaintiff does not seek leave to amend his complaint after a defendant moves to dismiss it, unless the district court finds that amendment would be inequitable or futile, the court must inform the plaintiff that he has leave to amend the complaint within a set period of time.

In the present case, the requested amendments are not inequitable or futile. First, Defendants have not filed answers to the Amended Complaint, and have asked the Court to certify a question of law to the Delaware Supreme Court. Allowing the amendment will make the certification issue moot. Further, any additional briefing that results from the filing of an amended pleading would not cause any more time delays than that which would be caused by having to brief the issue before the Delaware Supreme Court. Second, the request to amend is not futile. The deposition of Defendant Harvey provides particularized facts that establish the board was dominated and controlled by the Carlyle Defendants. This admission, when incorporated into the pleadings, satisfies not only the pleading requirements of *Tower Air*, but also Delaware state law, which renders the Defendants' request for certification moot.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant its Motion for Leave to Amend.

Dated: January 10, 2006                    THE BAYARD FIRM

                                           By: _____/s/_____
                                           Jeffrey M. Schlerf (No. 3047)
                                           Eric M. Sutty (No. 4007)
                                           222 Delaware Avenue, Suite 900
                                           Wilmington, Delaware 19801
                                           (302) 655-5000

                                           - and -

                                           STRAUSS & TROY
                                           Richard S. Wayne
                                           Thomas P. Glass
                                           John M. Levy
                                           The Federal Reserve Building
                                           150 E. Fourth Street
                                           Cincinnati, Ohio 45202-4018
                                           (513) 621-2120
                                           Fax: (513) 629-9426

                                           CO-COUNSEL TO THE
                                           IT LITIGATION TRUST

613738v1                                           3