## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 10th day of January, 2006, I caused a copy of the **Memorandum in Support of Plaintiff's Motion for Leave to File a Second Amended Complaint** to be served upon the parties listed below in the manner indicated.

**Hand Delivery**

Roger D. Anderson, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE  19801

Mark D. Collins, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square North
P.O. Box 551
Wilmington, DE  19899

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
The Towne Center
4 East 8th Street, Suite 200
Wilmington, DE  19801

**U.S. Mail**

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, PC
Two PPG Place
Suite 400
Pittsburgh, PA  15222-5402

Mark A. Willard, Esquire
Robert V. Campedel, Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street
44th Floor
Pittsburgh, PA  15219

Thomas L. Patten, Esquire
David A. Becker, Esquire
Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004

Laurie B. Smilan, Esquire
Latham & Watkins LLP
11955 Freedom Drive, Suite 500
Reston, VA  20190

Eric M. Sutty (No. 4007)

613758v1