RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MARCOS A. RAMOS
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7566
RAMOS@RLF.COM

January 13, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19802

Re:   *IT Litigation Trust v. Daniel A. D'Aniello, et al.*
      Civ. A. No. 04-01268 (KAJ)

Dear Judge Jordan,

I write on behalf of the defendants (collectively, "Defendants") in the above-referenced action. On November 30, 2005, Defendants filed their Defendants' Joint Motion for Reconsideration and Defendants' Petition for Certification of Issues of Law to the Supreme Court of Delaware (the "Motion"). On January 11, 2005, Plaintiff filed its opposition to the Motion. Accordingly, the Motion is now fully briefed. Pursuant to District of Delaware Local Rule 7.1.4, Defendants respectfully request that oral argument be scheduled on the Motion at the Court's convenience.

Respectfully submitted,

Marcos A. Ramos

MXR/klm

cc:   Mark D. Collins, Esq. (via hand delivery)
      Ronald S. Gellert, Esq. (via hand delivery)
      Jeffrey M. Schlerf, Esq. (via hand delivery)
      David A. Becker, Esq. (via facsimile)
      Mark A. Willard, Esq. (via facsimile)
      Thomas P. Glass, Esq. (via facsimile)

RLF1-2968087-1