IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> THE IT GROUP, INC., *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> _____ ) <br> ) <br> IT LITIGATION TRUST, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, ) <br> JAMES C. MCGILL, RICHARD W. POGUE, ) <br> PHILLIP B. DOLAN, E. MARTIN GIBSON, ) <br> ROBERT F. PUGLIESE, CHARLES W. ) <br> SCHMIDT, JAMES DAVID WATKINS, ) <br> ANTHONY J. DeLUCA, HARRY J. SOOSE, ) <br> THE CARLYLE GROUP, THE CARLYLE ) <br> GROUP L.L.C., CARLYLE PARTNERS II, L.P., ) <br> CARLYLE SBC PARTNERS II, L.P., CARLYLE ) <br> INTERNATIONAL PARTNERS II L.P., ) <br> CARLYLE INTERNATIONAL PARTNERS III, ) <br> L.P., C/S INTERNATIONAL PARTNERS, ) <br> CARLYLE INVESTMENT GROUP, L.P., ) <br> CARLYLE-IT INTERNATIONAL PARTNERS, ) <br> LP, CARLYLE-IT INTERNATIONAL ) <br> PARTNERS H, L.P., CARLYLE-IT PARTNERS ) <br> L.P., and T.C. GROUP, L.L.C., ) <br> ) <br> Defendants. ) <br> ) | Chapter 11 <br><br> Case No. 02-10118 (MFW) <br> Jointly Administered <br><br><br><br><br><br><br><br><br><br><br> Civ. A. No. 04-CV-1268 (KAJ) |

**STIPULATION TO EXTEND TIME TO FILE MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

WHEREAS, The IT Group, Inc., *et al.*, filed petitions for relief under Chapter 11 of the

Bankruptcy Code on January 16, 2002;

WHEREAS, the Official Committee of Unsecured Creditors (the "Committee") of The IT

Group, Inc., *et al.*, on behalf of the Estate of The IT Group, Inc., *et al.*, ("IT Group" or the

RLF1-2970725-1

"Debtors"), commenced Adversary Proceeding No. 04-51336 (MFW) (the "Action") against the above-captioned defendants (the "Defendants");

WHEREAS, pursuant to the First Amended Joint Chapter 11 Plan for the IT Group, Inc. and Its Affiliated Debtors, confirmed by Order of the Court, dated April 5, 2004 (the "Plan"), the Action was transferred to the IT Litigation Trust (the "Litigation Trust"), which was substituted as the plaintiff in the Action;

WHEREAS, on September 8, 2004, the United States District Court for the District of Delaware withdrew the reference of the Action to the United States Bankruptcy Court;

WHEREAS, the Defendants filed Motions to Dismiss the Litigation Trust's First Amended Complaint ("Complaint") on March 2, 2005;

WHEREAS, on November 15, 2005, the District Court issued an Opinion and Order dismissing certain counts of the Complaint and sustaining certain other counts;

WHEREAS, On November 30, 2005, certain Defendants in this action filed their Joint Motion For Reconsideration Petition For Certification Of Issues Of Law To The Supreme Court Of Delaware;

WHEREAS, On January 10, 2006, the Litigation Trust filed a Motion For Leave To File A Second Amended Complaint (the "Motion For Leave"); and

WHEREAS, the parties have agreed that an extension of time for Defendants to file their brief in opposition to the Motion For Leave until and through February 6, 2006, is appropriate,

NOW, THEREFORE, the parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. Defendants' time to file a brief in opposition to the Litigation Trust's Motion For Leave To File A Second Amended Complaint is extended through and including February 6, 2006.

Dated: January 17, 2006

By: /s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com

*Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, The Carlyle Group, The Carlyle Group L.L.C., Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners, L.P., and T.C. Group, L.L.C.*

Thomas L. Patten
David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA 20190
Telephone: (703) 456-1000
Facsimile: (703) 456-1001

By: /s/Ronald S. Gellert
Ronald S. Gellert (No. 4259)
ECKERT SEAMANS CHERIN
   & MELLOTT, LLC
4 East 8th Street - Suite 200
Wilmington, DE 19801
Telephone: (302) 425-0430
Facsimile: (302) 425-0432
Email: rgellert@eckertseamans.com

*Attorneys for Defendant Anthony J. DeLuca*

Mark A. Willard
Paul D. Steinman
ECKERT SEAMANS CHERIN
   & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: (412.566-6000
Facsimile: (412) 566-6099

By: /s/ Roger D. Anderson
    Roger D. Anderson (No. 3480)
    SMITH, KATZENSTEIN & FURLOW LLP
    800 Delaware Avenue, 7th Floor,
    P.O. Box 410
    Wilmington, DE 19899
    Telephone: (302) 652-8400
    Facsimile: (302) 652-8405
    Email: randerson@skfdelaware.com

Charles A DeMonaco
Kimberly L. Haddox
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place Suite 400
Pittsburgh, PA 15222-5402
Telephone: (412) 281-7272
Facsimile: (412) 392-5367

*Attorneys for Defendant Harry J. Soose, Jr.*

By: _____
    Jeffrey M. Schlerf (No. 3047)
    Eric M. Sutty (No. 4007)
    THE BAYARD FIRM
    222 Delaware Avenue
    P.O. Box 25130
    Wilmington, Delaware 19899
    Telephone: (302) 655-5000
    Facsimile: (302) 658-6395
    Email: jschlerf@bayardfirm.com

Richard S. Wayne
Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426

*Attorneys for the IT Litigation Trust*

IT IS SO ORDERED,

This ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE