## CERTIFICATE OF SERVICE

I, Roger D. Anderson, do hereby certify that on February 6, 2006, I electronically filed the forgoing Defendant Harry J. Soose, Jr.'s Opposition To Plaintiff's Motion For Leave To File A Second Amended Complaint with the Clerk of the Court using the CM/ECF which will send notifications of such filing(s) to the following:

>  Jeffrey M. Schlerf, Esquire
>  The Bayard Firm
>  222 Delaware Avenue
>  P.O. Box 25130
>  Wilmington, DE, 19899
>
>  Marcos A. Ramos, Esquire
>  Richards, Layton & Finger, P.A.
>  One Rodney Square
>  P.O. Box 551
>  Wilmington, DE 19899
>
>  Ronald S. Gellert, Esquire
>  Eckert Seamans Cherin & Mellott, LLC
>  4 East Eighth Street, Suite 200
>  Wilmington, DE 19801

I, Roger D. Anderson, do further hereby certify that on February 6, 2006, I caused the foregoing Defendant Harry J. Soose, Jr.'s Opposition To Plaintiff's Motion For Leave To File A Second Amended Complaint to be served in the manner indicated upon the parties referenced below:

### BY HAND DELIVERY

>  Mark D. Collins, Esquire
>  Marcos A. Ramos, Esquire
>  Richards, Layton & Finger, P.A.
>  One Rodney Square
>  P.O. Box 551
>  Wilmington, DE 19899

Jeffrey M. Schlerf, Esquire
Thomas H. Kovach, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE, 19899

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East Eighth Street, Suite 200
Wilmington, DE 19801

**BY U.S. MAIL**

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW, Suite 1000
Washington, DC 20004-1304

Richard S. Wayne, Esquire
Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202

_____
Roger D. Anderson (I.D. No. 3480)
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: (302) 652-8400
Email: randerson@skfdelaware.com