IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| THE IT GROUP, INC., et al. ) | Case No. 02-10118 |
| Debtors, ) | Jointly Administered |
| ) | |
| ──────────────────── ) | |
| ) | |
| IT Litigation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-1268 KAJ |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. ) | |
| HARVEY, JAMES C. McGILL, RICHARD ) | |
| W. POGUE, PHILIP B. DOLAN, E. MARTIN ) | |
| GIBSON, ROBERT F. PUGLIESE, CHARLES ) | |
| W. SCHMIDT, JAMES DAVID WATKINS, ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, ) | |
| THE CARLYLE GROUP, THE CARLYLE ) | JURY TRIAL DEMANDED |
| GROUP, L.L.C., CARLYLE PARTNERS II, ) | |
| L.P., CARLYLE SBC PARTNERS, II, L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS ) | |
| II, L.P., CARLYLE INTERNATIONAL ) | |
| PARTNERS III, L.P., C/S INTERNATIONAL ) | |
| PARTNERS, CARLYLE INVESTMENT ) | |
| GROUP, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS, L.P., ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS II, L.P., CARLYLE-IT ) | |
| PARTNERS L.P., and T.C. GROUP, L.LC., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF AMANDA P. BILES

I, Amanda P. Biles, declare as follows:

1. I am an attorney in good standing with the Supreme Court of Virginia and work at the law firm of Latham & Watkins in Washington, D.C., which represents Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue,

Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, Carlyle Partners II, L.P., Carlyle SBC Partners, II, L.P., Carlyle International Partners II, L.P. Carlyle International Partners III, L.P. C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., Carlyle-IT Partners L.P., and T.C. Group, L.L.C. d/b/a The Carlyle Group in this action. I have personal knowledge of the matters set forth herein. This Declaration is made in support of Defendants' Opposition to Plaintiff's Motion to Amend.

    2. Attached as Exhibit A to this Declaration is a true and correct copy of excerpts from Dr. Francis J. Harvey's February 6, 2002 Deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of February, 2006, in Washington, D.C.

*Amanda P. Biles*
Amanda P. Biles