# EXHIBIT A

2/6/2002 Harvey, Francis

1

```
         IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
In the matter of             )
                             )
THE IT GROUP, INC.,          )
et al.,                      ) Case No. 02-10118(MFW)
                             )
        Debtors.             )
```

    Deposition of FRANCIS HARVEY taken pursuant to notice at the law offices of The Bayard Firm, 222 Delaware Avenue, Wilmington, Delaware, beginning at 9:15 a.m. on Wednesday, February 6, 2002, before Vincent Bailey, Registered Professional Reporter and Notary Public.

APPEARANCES:
    ALYCIA REGAN BENENATI, ESQ.
    KARA HEADLEY, ESQ.
    WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, New York  10036-2787
              -and-
    JEFFREY M. SCHLERF, ESQ.
    THE BAYARD FIRM
        222 Delaware Avenue
        Wilmington, Delaware  19899
        for the Unsecured Creditors' Committee
    ROBERT S. SAUNDERS, ESQ.
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        One Rodney Square
        Wilmington, Delaware  19899
        for The IT Group
    CHRISTOPHER S. SONTCHI, ESQ.
    ASHBY & GEDDES
        222 Delaware Avenue
        Wilmington, Delaware  19899
        for The Shaw Group
                  WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                  (302) 655-0477

2/6/2002  Harvey, Francis

1   knowledge of the marketplace and who knows the players.
2   And we retained Lehman because they have in general and a
3   gentleman named Mark Pytosh in particular because of his
4   knowledge of the environmental infrastructure marketplace
5   and that's my understanding of why we contacted them.
6   Furthermore, that certain members of the board had prior
7   experience with Lehman Brothers.
8                MR. SCHLERF:  I think we ought to
9   understand a bit better the process.  Lehman Brothers was
10  retained in July of last year.  When Lehman Brothers
11  started working who did they report to?
12               THE WITNESS:  They reported to the board in
13  general and the chairman in particular, working closely
14  with the CEO and CFO at that time.
15  BY MS. BENENATI:
16      Q.   How frequently did they report?
17      A.   You know, my knowledge is they gave us a report
18  in the October board meeting.  How often they reported
19  back and forth I don't know.
20      Q.   Do you recall any report from Lehman Brothers
21  prior to October board meeting?
22      A.   I believe there was a, there was a phone call,
23  there was a telephonic phone call update some time in
24  September, but I just don't remember the detail, which

37

2/6/2002 Harvey, Francis

1  A. They were funds to determine whether -- I guess
2  they were financial funds to determine whether they were
3  interested in buying any equity in the company. This was
4  in addition to monetizing assets to see if there was
5  possibility of an equity infusion. But I didn't, I can't
6  recall any of the funds that they contacted.
7        MR. SCHLERF: Did --
8        MR. SAUNDERS: Hold on a second. I'm happy
9  to try to do what I can to accommodate and move the
10 process along, but we can't have a tag team here, guys.
11       MR. SCHLERF: I can fill in the gaps. I
12 thought -- I don't plan on us doing this, a dual role
13 for, you know, until noon, but just to minimize amount of
14 time that we are going through this exercise.
15       MS. BENENATI: So --
16       MR. SAUNDERS: You do represent the same
17 party, right?
18       MR. SCHLERF: Yes.
19       MR. SAUNDERS: Okay. I object to it. We
20 will see how it goes, but do your best to keep up with
21 them.
22       MR. SONTCHI: I join in the objection. I
23 don't think it's standard to have dual deposition takers.
24 They both represent the same party and one should be

2/6/2002 Harvey, Francis

1  sufficient. Proceed.

2           MR. SCHLERF: My question was just to
3  follow up the process, the board was receiving reports
4  from Lehman and what they were doing. Two things, one is
5  what type of -- what was the board's role in giving
6  feedback and direction to Lehman in what they were doing?
7  Was it strictly Lehman do your thing and report back to
8  us or was there direction?

9           MR. SONTCHI: Objection to form.

10          THE WITNESS: The direction was to
11 determine whether or not there was interest in, any
12 market interest in acquiring these assets. That was the
13 direction.

14          MR. SCHLERF: If one of the buyers was
15 contacted or a buyer contacted Lehman, were there
16 instances where the buyer wanted to discuss something
17 about the business or businesses of the IT Group with
18 someone other than the board or Lehman?

19          MR. SAUNDERS: Object to form of the
20 question.

21          THE WITNESS: I really didn't understand
22 your question. Would you repeat it?

23          MR. SCHLERF: When there was contact with
24 the buyers by Lehman were there instances where the buyer

40

2/6/2002 Harvey, Francis

```
1    agent banks.
2        Q.   Who is Enzo Zoratto?
3        A.   Enzo Zoratto is the president of the Government
4    Services business group.
5        Q.   Just going back, we discussed at the beginning
6    the fact that The Carlysle Group had at one point owned
7    part of IT Group, correct?  Am I correct in understanding
8    that at one point The Carlysle Group had an ownership
9    interest in IT Group?
10       A.   Yes.
11       Q.   And that changed in November 2001?
12       A.   No.  What changed is their control of the board.
13       Q.   But they --
14       A.   They still have ownership.
15       Q.   What is that ownership percentage?
16       A.   I don't know specifically.  It's somewhere
17   around 25 percent, but don't quote me on the specifics.
18       Q.   Why did Carlysle's control with the board change
19   in November?
20       A.   My understanding, that was the nature of the
21   agreement that they had with IT Group when they made a
22   investment in IT in the '96 time frame.  But that was
23   before my time, so I don't specifically know the details
24   of that.
```

79