## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on this 22nd day of February, 2006, I caused a copy of the **Stipulation of Withdrawal of Plaintiff's Motion for Leave to File a Second Amended Complaint** to be served upon the parties listed on the attached service list via hand delivery to local counsel and via U.S. First Class mail upon the remaining parties thereon.

Eric M. Sutty (No. 4007)

618267v1

| IT Group |
|---|

## Updated Service List

Roger D. Anderson, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington   DE   19801
04-51336
*DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE*

Rachel B. Mersky, Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington   DE   19899
04-51336
*DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE*

Mark D. Collins, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square North
P.O. Box 551
Wilmington   DE   19899
04-51336
*DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE*

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, PC
Two PPG Place
Suite 400
Pittsburgh   PA   15222-5402
04-51336
*DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE*

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
The Towne Center
4 East 8th Street, Suite 200
Wilmington   DE   19801
04-51336
*DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE*

Mark A. Willard, Esquire
Robert V. Campedel, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street
44th Floor
Pittsburgh   PA   15219
04-51336
*Anthony J. Deluca*

| IT Group |
|---|
|  |

## Updated Service List

Thomas L. Patten, Esquire
David A. Becker, Esquire
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington   DC   20004
04-51336

*DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE*