IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>Defendants. | Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Request for the**

618315v1

Production of Documents Directed to Defendant Daniel A. D'Aniello upon the parties listed below in the manners indicated.

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
| Mark D. Collins, Esq. | Thomas L. Patten, Esq. |
| Marcos A. Ramos, Esq. | Laurie Smilan, Esq. |
| Jason M. Madron, Esq. | David A. Becker, Esq. |
| RICHARDS, LAYTON & FINGER, P.A. | LATHAM & WATKINS |
| One Rodney Square | 555 Eleventh Street, N.W., Suite 1000 |
| P.O. Box 551 | Washington, DC 20004 |
| Wilmington, DE 19899 | |
| | |
| **VIA FIRST CLASS U.S. MAIL** | **VIA HAND DELIVERY** |
| Roger D. Anderson, Esq. | Ronald S. Gellert, Esq. |
| SMITH, KATZENSTEIN & FURLOW, LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| 800 Delaware Avenue, 7th Floor | 4 East 8th Street, Suite 200 |
| P.O. Box 410 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |
| | |
| **VIA FIRST CLASS U.S. MAIL** | **VIA FIRST CLASS U.S. MAIL** |
| Mark A. Willard, Esq. | Charles A. DeMonaco, Esq. |
| Paul D. Steinman, Esq. | Kimberly L. Haddox, Esq. |
| ECKERT SEAMANS CHERIN & MELLOT, LLC | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| 600 Grant Street, 44th Floor | Two PPG Place, Suite 400 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222-5402 |

**VIA FIRST CLASS U.S. MAIL**
David A. Becker, Esq.
LATHAM & WATKINS, LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304

Dated: February 22, 2006
Wilmington, Delaware

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

>STRAUSS & TROY, LPA
>Richard S. Wayne
>Thomas P. Glass
>The Federal Reserve Building
>150 E. Fourth Street
>Cincinnati, Ohio 45202-4018
>(513) 621-2120
>
>CO-COUNSEL TO THE IT LITIGATION TRUST