IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, | ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, | ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) | |
| THE CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., | ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II L.P., | ) | |
| CARLYLE INTERNATIONAL PARTNERS III, | ) | |
| C/S INTERNATIONAL PARTNERS, CARLYLE | ) | |
| INVESTMENT GROUP, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS, LP, | ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS II, | ) | |
| L.P., CARLYLE-IT PARTNERS L.P., | ) | |
| and T.C. GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Request for the**

618323v1

**Production of Documents Directed to Defendant James C. McGill** upon the parties listed below in the manners indicated.

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Mark D. Collins, Esq.<br>Marcos A. Ramos, Esq.<br>Jason M. Madron, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | **VIA FIRST CLASS U.S. MAIL**<br>Thomas L. Patten, Esq.<br>Laurie Smilan, Esq.<br>David A. Becker, Esq.<br>LATHAM & WATKINS<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 |
| **VIA FIRST CLASS U.S. MAIL**<br>Roger D. Anderson, Esq.<br>SMITH, KATZENSTEIN & FURLOW, LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | **VIA HAND DELIVERY**<br>Ronald S. Gellert, Esq.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>Mark A. Willard, Esq.<br>Paul D. Steinman, Esq.<br>ECKERT SEAMANS CHERIN<br>  & MELLOT, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 | **VIA FIRST CLASS U.S. MAIL**<br>Charles A. DeMonaco, Esq.<br>Kimberly L. Haddox, Esq.<br>DICKIE, MCCAMEY & CHILCOTE, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| | **VIA FIRST CLASS U.S. MAIL**<br>David A. Becker, Esq.<br>LATHAM & WATKINS, LLP<br>555 11th Street, NW, Suite 1000<br>Washington, DC 20004-1304 |

Dated: February 22, 2006
       Wilmington, Delaware

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

618323v1

2

                                        3

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120

CO-COUNSEL TO THE IT LITIGATION TRUST