IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | Chapter 11 | |
| ) | | |
| THE IT GROUP, INC., *et al*, ) | Case No. 02-10118 (MFW) | |
| ) | Jointly Administered | |
| Debtors. ) | | |
| ) | | |
| ) | | |
| IT LITIGATION TRUST, ) | | |
| ) | | |
| Plaintiff, ) | Civ. A. No. 04-CV-1268 (KAJ) | |
| ) | | |
| v. ) | | |
| ) | | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, ) | | |
| JAMES C. MCGILL, RICHARD W. POGUE, ) | | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, ) | | |
| ROBERT F. PUGLIESE, CHARLES W. ) | | |
| SCHMIDT, JAMES DAVID WATKINS, ) | | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, ) | | |
| THE CARLYLE GROUP, THE CARLYLE ) | | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., ) | | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE ) | | |
| INTERNATIONAL PARTNERS II L.P., ) | | |
| CARLYLE INTERNATIONAL PARTNERS III, ) | | |
| C/S INTERNATIONAL PARTNERS, CARLYLE ) | | |
| INVESTMENT GROUP, L.P., CARLYLE-IT ) | | |
| INTERNATIONAL PARTNERS, LP, ) | | |
| CARLYLE-IT INTERNATIONAL PARTNERS II, ) | | |
| L.P., CARLYLE-IT PARTNERS L.P., ) | | |
| and T.C. GROUP, L.L.C., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Request for the**

618324v1

**Production of Documents Directed to Defendant James David Watkins** upon the parties listed below in the manners indicated.

<u>**VIA HAND DELIVERY**</u>
Mark D. Collins, Esq.
Marcos A. Ramos, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

<u>**VIA FIRST CLASS U.S. MAIL**</u>
Roger D. Anderson, Esq.
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

<u>**VIA FIRST CLASS U.S. MAIL**</u>
Mark A. Willard, Esq.
Paul D. Steinman, Esq.
ECKERT SEAMANS CHERIN
  & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

<u>**VIA FIRST CLASS U.S. MAIL**</u>
Thomas L. Patten, Esq.
Laurie Smilan, Esq.
David A. Becker, Esq.
LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

<u>**VIA HAND DELIVERY**</u>
Ronald S. Gellert, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

<u>**VIA FIRST CLASS U.S. MAIL**</u>
Charles A. DeMonaco, Esq.
Kimberly L. Haddox, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

<u>**VIA FIRST CLASS U.S. MAIL**</u>
David A. Becker, Esq.
LATHAM & WATKINS, LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304

Dated: February 22, 2006
       Wilmington, Delaware

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

        STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120

CO-COUNSEL TO THE IT LITIGATION TRUST