IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>Defendants. | Civ. A. No. 04-CV-1268 (KAJ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 22, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Request for the**

**Production of Documents Directed to Defendant Francis J. Harvey** upon the parties listed below in the manners indicated.

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Marcos A. Ramos, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA FIRST CLASS U.S. MAIL**
Thomas L. Patten, Esq.
Laurie Smilan, Esq.
David A. Becker, Esq.
LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

**VIA FIRST CLASS U.S. MAIL**
Roger D. Anderson, Esq.
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

**VIA HAND DELIVERY**
Ronald S. Gellert, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**
Mark A. Willard, Esq.
Paul D. Steinman, Esq.
ECKERT SEAMANS CHERIN & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

**VIA FIRST CLASS U.S. MAIL**
Charles A. DeMonaco, Esq.
Kimberly L. Haddox, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

**VIA FIRST CLASS U.S. MAIL**
David A. Becker, Esq.
LATHAM & WATKINS, LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304

Dated: February 22, 2006
Wilmington, Delaware

THE BAYARD FIRM

By:____________________
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120

CO-COUNSEL TO THE IT LITIGATION TRUST