## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, do hereby certify that on March 7, 2006, I electronically filed the foregoing Answer and Affirmative Defenses of Defendant DeLuca with the Clerk of Court using the CM/ECF which will send notifications of such filing(s) to the following:

Jefffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Roger D. Anderson, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

I, Ronald S. Gellert, do further hereby certify that on March 7, 2006, I caused the forgoing Answer and Affirmative Defenses of Defendant DeLuca to be served by First Class U.S. Mail Postage Prepaid upon the parties referenced below:

Mark D. Collins, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jefffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Roger D. Anderson, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

David A. Becker, Esquire
Latham & Watkins, LLP
555 11th Street NW, Suite 1000
Washington, DC 20004-1304

Richard S. Wayne, Esquire
Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202

/s/ Ronald S. Gellert
Ronald S. Gellert
Eckert Seamans Cherin
& Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Telephone: (302)425.0430
Email: rgellert@eckertseamans.com