IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> THE IT GROUP, INC., *et al*, ) <br> ) <br> Debtors. ) <br> ) <br> _____ ) <br> ) <br> IT LITIGATION TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, ) <br> JAMES C. MCGILL, RICHARD W. POGUE, ) <br> PHILLIP B. DOLAN, E. MARTIN GIBSON, ) <br> ROBERT F. PUGLIESE, CHARLES W. ) <br> SCHMIDT, JAMES DAVID WATKINS, ) <br> ANTHONY J. DeLUCA, HARRY J. SOOSE, ) <br> THE CARLYLE GROUP, THE CARLYLE ) <br> GROUP L.L.C., CARLYLE PARTNERS II, L.P., ) <br> CARLYLE SBC PARTNERS II, L.P., CARLYLE ) <br> INTERNATIONAL PARTNERS II L.P., ) <br> CARLYLE INTERNATIONAL PARTNERS III, ) <br> C/S INTERNATIONAL PARTNERS, CARLYLE ) <br> INVESTMENT GROUP, L.P., CARLYLE-IT ) <br> INTERNATIONAL PARTNERS, LP, ) <br> CARLYLE-IT INTERNATIONAL PARTNERS II, ) <br> L.P., CARLYLE-IT PARTNERS L.P., ) <br> and T.C. GROUP, L.L.C., ) <br> ) <br> Defendants. ) <br> _____ ) | Chapter 11 <br><br> Case No. 02-10118 (MFW) <br> Jointly Administered <br><br><br><br><br><br> Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Request for the Production of**

620449v1

**Documents Directed to Defendant TC Group, LLC** upon the parties listed below in the manners indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Mark D. Collins, Esq.<br>Marcos A. Ramos, Esq.<br>Jason M. Madron, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | **VIA FIRST CLASS U.S. MAIL**<br>Thomas L. Patten, Esq.<br>Laurie Smilan, Esq.<br>David A. Becker, Esq.<br>LATHAM & WATKINS<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 |
| **VIA FIRST CLASS U.S. MAIL**<br>David A. Becker, Esq.<br>LATHAM & WATKINS, LLP<br>555 11th Street, NW, Suite 1000<br>Washington, DC 20004-1304 | **VIA FIRST CLASS U.S. MAIL**<br>Ronald S. Gellert, Esq.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>Mark A. Willard, Esq.<br>Paul D. Steinman, Esq.<br>ECKERT SEAMANS CHERIN<br>  & MELLOT, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 | |

Dated: March 16, 2006
       Wilmington, Delaware

                                    THE BAYARD FIRM

                            By:  /s/ Eric M. Sutty
                                 Jeffrey M. Schlerf (No. 3047)
                                 Eric M. Sutty (No. 4007)
                                 222 Delaware Avenue, Suite 900
                                 Wilmington, Delaware 19801
                                 (302) 655-5000

                                 and

620449v1                            2

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120
Fax: (513) 629-9426

CO-COUNSEL TO THE IT LITIGATION TRUST