IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>THE IT GROUP, INC., *et al*, )<br>)<br>Debtors. )<br>)<br>_____) | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, )<br>JAMES C. MCGILL, RICHARD W. POGUE, )<br>PHILLIP B. DOLAN, E. MARTIN GIBSON, )<br>ROBERT F. PUGLIESE, CHARLES W. )<br>SCHMIDT, JAMES DAVID WATKINS, )<br>ANTHONY J. DeLUCA, HARRY J. SOOSE, )<br>THE CARLYLE GROUP, THE CARLYLE )<br>GROUP L.L.C., CARLYLE PARTNERS II, L.P., )<br>CARLYLE SBC PARTNERS II, L.P., CARLYLE )<br>INTERNATIONAL PARTNERS II L.P., )<br>CARLYLE INTERNATIONAL PARTNERS III, )<br>C/S INTERNATIONAL PARTNERS, CARLYLE )<br>INVESTMENT GROUP, L.P., CARLYLE-IT )<br>INTERNATIONAL PARTNERS, LP, )<br>CARLYLE-IT INTERNATIONAL PARTNERS II, )<br>L.P., CARLYLE-IT PARTNERS L.P., )<br>and T.C. GROUP, L.L.C., )<br>)<br>Defendants. )<br>_____) | Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Set of Interrogatories**

620415v1

**Propounded to Defendant Carlyle SBC Partners II, L.P.** upon the parties listed below in the manners indicated:

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Marcos A. Ramos, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA FIRST CLASS U.S. MAIL**
Thomas L. Patten, Esq.
Laurie Smilan, Esq.
David A. Becker, Esq.
LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

**VIA FIRST CLASS U.S. MAIL**
David A. Becker, Esq.
LATHAM & WATKINS, LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004-1304

**VIA FIRST CLASS U.S. MAIL**
Ronald S. Gellert, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**
Mark A. Willard, Esq.
Paul D. Steinman, Esq.
ECKERT SEAMANS CHERIN
  & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Dated: March 16, 2006
       Wilmington, Delaware

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120
Fax: (513) 629-9426

CO-COUNSEL TO THE IT LITIGATION TRUST