IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>      Plaintiff,<br><br>      v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>      Defendants. | Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Set of Interrogatories**

620411v1

**Propounded to Defendant Carlyle Partners II, L.P.** upon the parties listed below in the manners indicated:

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
| Mark D. Collins, Esq. | Thomas L. Patten, Esq. |
| Marcos A. Ramos, Esq. | Laurie Smilan, Esq. |
| Jason M. Madron, Esq. | David A. Becker, Esq. |
| RICHARDS, LAYTON & FINGER, P.A. | LATHAM & WATKINS |
| One Rodney Square | 555 Eleventh Street, N.W., Suite 1000 |
| P.O. Box 551 | Washington, DC  20004 |
| Wilmington, DE  19899 | |
| | |
| **VIA FIRST CLASS U.S. MAIL** | **VIA FIRST CLASS U.S. MAIL** |
| David A. Becker, Esq. | Ronald S. Gellert, Esq. |
| LATHAM & WATKINS, LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| 555 11th Street, NW, Suite 1000 | 4 East 8th Street, Suite 200 |
| Washington, DC  20004-1304 | Wilmington, DE  19801 |

**VIA FIRST CLASS U.S. MAIL**
Mark A. Willard, Esq.
Paul D. Steinman, Esq.
ECKERT SEAMANS CHERIN
 & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

Dated: March 16, 2006
       Wilmington, Delaware

THE BAYARD FIRM

By: /s/ Eric M. Sutty
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

         STRAUSS & TROY, LPA
         Richard S. Wayne
         Thomas P. Glass
         The Federal Reserve Building
         150 E. Fourth Street
         Cincinnati, Ohio 45202-4018
         (513) 621-2120
         Fax: (513) 629-9426

         CO-COUNSEL TO THE IT LITIGATION TRUST