IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>THE IT GROUP, INC., *et al*, )<br>)<br>Debtors. )<br>)<br>_____) <br>IT LITIGATION TRUST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, )<br>JAMES C. MCGILL, RICHARD W. POGUE, )<br>PHILLIP B. DOLAN, E. MARTIN GIBSON, )<br>ROBERT F. PUGLIESE, CHARLES W. )<br>SCHMIDT, JAMES DAVID WATKINS, )<br>ANTHONY J. DeLUCA, HARRY J. SOOSE, )<br>THE CARLYLE GROUP, THE CARLYLE )<br>GROUP L.L.C., CARLYLE PARTNERS II, L.P., )<br>CARLYLE SBC PARTNERS II, L.P., CARLYLE )<br>INTERNATIONAL PARTNERS II L.P., )<br>CARLYLE INTERNATIONAL PARTNERS III, )<br>C/S INTERNATIONAL PARTNERS, CARLYLE )<br>INVESTMENT GROUP, L.P., CARLYLE-IT )<br>INTERNATIONAL PARTNERS, LP, )<br>CARLYLE-IT INTERNATIONAL PARTNERS II, )<br>L.P., CARLYLE-IT PARTNERS L.P., )<br>and T.C. GROUP, L.L.C., )<br>)<br>Defendants. )<br>_____) | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered<br><br><br><br><br>Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Request for the Production of**

620369v1

**Documents Directed to Defendant Carlyle Partners II, L.P.** upon the parties listed below in the manners indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Mark D. Collins, Esq.<br>Marcos A. Ramos, Esq.<br>Jason M. Madron, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | **VIA FIRST CLASS U.S. MAIL**<br>Thomas L. Patten, Esq.<br>Laurie Smilan, Esq.<br>David A. Becker, Esq.<br>LATHAM & WATKINS<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 |
| **VIA FIRST CLASS U.S. MAIL**<br>David A. Becker, Esq.<br>LATHAM & WATKINS, LLP<br>555 11th Street, NW, Suite 1000<br>Washington, DC 20004-1304 | **VIA FIRST CLASS U.S. MAIL**<br>Ronald S. Gellert, Esq.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>Mark A. Willard, Esq.<br>Paul D. Steinman, Esq.<br>ECKERT SEAMANS CHERIN<br>  & MELLOT, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 | |

Dated: March 16, 2006
   Wilmington, Delaware

THE BAYARD FIRM

By: _____/s/ Eric M. Sutty_____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

620369v1

2

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120
Fax: (513) 629-9426

CO-COUNSEL TO THE IT LITIGATION TRUST