IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>Defendants. | Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 16, 2006, the IT Litigation Trust (the "Trust"), by and through undersigned counsel, served **Plaintiff's First Set of Interrogatories**

620404v1

**Propounded to Defendant Carlyle International Partners III** upon the parties listed below in the manners indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Mark D. Collins, Esq.<br>Marcos A. Ramos, Esq.<br>Jason M. Madron, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | **VIA FIRST CLASS U.S. MAIL**<br>Thomas L. Patten, Esq.<br>Laurie Smilan, Esq.<br>David A. Becker, Esq.<br>LATHAM & WATKINS<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 |
| **VIA FIRST CLASS U.S. MAIL**<br>David A. Becker, Esq.<br>LATHAM & WATKINS, LLP<br>555 11th Street, NW, Suite 1000<br>Washington, DC 20004-1304 | **VIA FIRST CLASS U.S. MAIL**<br>Ronald S. Gellert, Esq.<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>Mark A. Willard, Esq.<br>Paul D. Steinman, Esq.<br>ECKERT SEAMANS CHERIN<br>  & MELLOT, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 | |

Dated: March 16, 2006
       Wilmington, Delaware

                                        THE BAYARD FIRM

                                    By: /s/ Eric M. Sutty
                                        Jeffrey M. Schlerf (No. 3047)
                                        Eric M. Sutty (No. 4007)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19801
                                        (302) 655-5000

                                        and

620404v1                            2

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120
Fax: (513) 629-9426

CO-COUNSEL TO THE IT LITIGATION TRUST