# EXHIBIT A

I, Courtney S. Schorr, do hereby certify that on March 24, 2006 I caused the forgoing DEFENDANT DANIEL A. D'ANIELLO'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS to be served via U.S. mail to the parties listed below:

Roger D. Anderson, Esq.
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19899

Ronald S. Gellert
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
4 East 8th Street - Suite 200
Wilmington, DE 19801

Jeffrey M. Schlerf
THE BAYARD FIRM
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

Mark A. Willard
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018

By: *Courtney S. Schorr* (signature)
Courtney S. Schorr
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000

Washington, DC  20004
202.637.2200 (phone)
202.637.2201(fax)
courtney.schorr@lw.com