IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE IT GROUP, INC., et al. | ) Case No. 02-10118 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| IT LITIGATION TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ A. No. 04-CV 1268 (KAJ) |
| | ) |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, THE CARLYLE GROUP, THE CARLYLE GROUP, L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS, II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 24th day of March 2006, counsel caused a copy of Defendant James C. McGill's Objections and Responses to Plaintiff's First

1

RLF1-2995495-2

Request for the Production of Documents to be served on counsel of record in this action as set forth in the attached Certificate of Service.

Dated: March 24, 2006
      Wilmington, Delaware

                                               /s/ Marcos A. Ramos
                                               Mark D. Collins (No. 2981)
                                               Marcos A. Ramos (No. 4450)
                                               RICHARDS, LAYTON & FINGER, P.A.
                                               One Rodney Square
                                               P. O. Box 551
                                               Wilmington, Delaware 19899
                                               Telephone: (302) 651-7700
                                               Facsimile: (302) 651-7701
                                               E-mail: ramos@rlf.com

                                               Counsel to Defendant James C. McGill

RLF1-2995495-2