IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., et al. | ) | Case No. 02-10118 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-CV 1268 (KAJ) |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) | |
| HARVEY, JAMES C. McGILL, RICHARD | ) | |
| W. POGUE, PHILIP B. DOLAN, E. | ) | |
| MARTIN GIBSON, ROBERT F. | ) | |
| PUGLIESE, CHARLES W. SCHMIDT, | ) | |
| JAMES DAVID WATKINS, ANTHONY J. | ) | |
| DeLUCA, THE CARLYLE GROUP, THE | ) | |
| CARLYLE GROUP, L.L.C., CARLYLE | ) | |
| PARTNERS II, L.P., CARLYLE SBC | ) | |
| PARTNERS, II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II, L.P., | ) | |
| CARLYLE INTERNATIONAL PARTNERS | ) | |
| III, C/S INTERNATIONAL PARTNERS, | ) | |
| CARLYLE INVESTMENT GROUP, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS II, L.P., | ) | |
| CARLYLE-IT PARTNERS L.P., and T.C. | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 24th day of March 2006, counsel caused a copy of Defendant James David Watkins' Objections and Responses to Plaintiff's First

1

RLF1-2995495-2

Request for the Production of Documents to be served on counsel of record in this action as set forth in the attached Certificate of Service.

Dated: March 24, 2006
      Wilmington, Delaware

/s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: ramos@rlf.com

Counsel to Defendant James David Watkins