IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| THE IT GROUP, INC., et al.<br>Debtors, | ) Case No. 02-10118 (MFW)<br>) Jointly Administered ) |
| IT Litigation Trust,<br>Plaintiff,<br><br>v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP, L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS, II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, L.P., C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, LLC,<br>Defendants. | ) Civil Action No.: 04-cv-1268 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 27th day of March 2006, counsel caused a copy of Defendant Anthony J. DeLuca's Objections and Responses to Plaintiff's First Request for Production of Documents to be served on counsel of record in this action as set forth in the attached Certificate of Service.

Dated: March 27, 2006

Respectfully submitted,

*[signature]*

Ronald S. Gellert, Esq. (DE 4259)
Mark A. Willard, Esq., (Pa. I.D. No. 18103)
*Admitted Pro Hac Vice*
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Telephone: (302) 425-0430
Facsimile: (302) 425-0432
E-mail: rgellert@eckertseamans.com

Counsel for Defendant,
Anthony J. DeLuca