**EXHIBIT A**

I, Ronald S. Gellert, hereby certify that on March 27, 2006 I caused a the foregoing DEFENDANT ANTHONY J. DELUCA'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S REQUEST FOR THE PRODUCTION OF DOCUMENTS to be served via U.S. Mail to the parties listed below:

Roger D. Anderson, Esq.
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue., 7th Floor
P.O. Box 410
Wilmington, DE 19899

David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018

Jeffrey M. Schlerf
THE BAYARD FIRM
222 Delaware Avenue
P. O. Box 25130
Wilmington, Delaware 19899

Marcos A. Ramos
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_____
Ronald S. Gellert