## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, do hereby certify that on March 27, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using the CM/ECF which will send notification of such filing(s) to the following:

Roger D. Anderson, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue., 7th Floor
P.O. Box 410
Wilmington, DE 19899

- and -

Jeffrey M. Schlerf
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, Delaware 19899

I, Ronald S. Gellert, do further certify that on March 27, 2006, I caused the foregoing Notice of Service to be served in the manner indicated upon the parties referenced below:

### VIA MAIL

Roger D. Anderson, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue., 7th Floor
P.O. Box 410
Wilmington, DE 19899

Jeffrey M. Schlerf
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, Delaware 19899

David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004

Marcos A. Ramos
Richards Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

- and -

Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio  45202-4018

_____
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Telephone:  (302) 425-0430
Facsimile:  (302) 425-0432
E-mail:  rgellert@eckertseamans.com