IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IT GROUP INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 02-10118 |
| _____ | ) | Jointly Administered |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DELUCA, HARRY J. SOOSE, CARLYLE GROUP, GARLYLE GROUP L.L.C., CARLYLE PARTNERS II, LP, CARLYLE SBS PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP L.P. CARLYLE-IT INTERNATIONAL PARTNERS L.P. CARLYLE-IT INTERNATIONAL PARTNERS II L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP LLC, | ) | Civil Action No. 04-1268-KAJ |
| Defendants. | ) | |

## ORDER

At Wilmington this **30th** day of **March, 2006**,

The Court having requested advice from counsel for the parties regarding the status of defendants' motion to dismiss (D.I. 40; the "Motion"), and having received no response,

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE