IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| ——————————————————) | | |
| IT LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, | ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, | ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, | ) | |
| THE CARLYLE GROUP, THE CARLYLE | ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., | ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE | ) | |
| INTERNATIONAL PARTNERS II L.P., | ) | |
| CARLYLE INTERNATIONAL PARTNERS III, | ) | |
| C/S INTERNATIONAL PARTNERS, CARLYLE | ) | |
| INVESTMENT GROUP, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS, LP, | ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS II, | ) | |
| L.P., CARLYLE-IT PARTNERS L.P., | ) | |
| and T.C. GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 11, 2006, the IT Litigation Trust (the "Trust"), by

and through undersigned counsel, served **Plaintiff's First Set of Interrogatories Propounded**

**to Defendant Richard W. Pogue** upon the parties listed below in the manners indicated:

622765v1

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Marcos A. Ramos, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**VIA FIRST CLASS U.S. MAIL**
Thomas L. Patten, Esq.
Laurie Smilan, Esq.
David A. Becker, Esq.
LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004

**VIA HAND DELIVERY**
Roger D. Anderson, Esq.
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

**VIA FIRST CLASS U.S. MAIL**
Ronald S. Gellert, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
4 East 8th Street, Suite 200
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**
Mark A. Willard, Esq.
Paul D. Steinman, Esq.
ECKERT SEAMANS CHERIN
  & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

**VIA FIRST CLASS U.S. MAIL**
Charles A. DeMonaco, Esq.
Kimberly L. Haddox, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

**VIA FIRST CLASS U.S. MAIL**
David A. Becker, Esq.
LATHAM & WATKINS, LLP
555 11th Street, NW, Suite 1000
Washington, DC  20004-1304

Dated: April 11, 2006
       Wilmington, Delaware

THE BAYARD FIRM

By: _____
    Jeffrey M. Schlerf (No. 3047)
    Eric M. Sutty (No. 4007)
    222 Delaware Avenue, Suite 900
    Wilmington, Delaware 19801
    (302) 655-5000

622765v1                                  2

- and -

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120
Fax: (513) 629-9426

CO-COUNSEL TO THE IT LITIGATION
TRUST

622765v1