IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., et al. | ) | Case No. 02-10118 (MFW) |
| Debtors, | ) | Jointly Administered |
| _____ | ) | |
| _ | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. | ) | |
| HARVEY, JAMES C. McGILL, | ) | |
| RICHARD W. POGUE, PHILLIP B. | ) | |
| DOLAN, E. MARTIN GIBSON, | ) | |
| ROBERT F. PUGLIESE, CHARLES W. | ) | |
| SCHMIDT, JAMES DAVID WATKINS, | ) | |
| ANTHONY J. DeLUCA, HARRY J. | ) | |
| SOOSE, THE CARLYLE GROUP, THE | ) | |
| CARLYLE GROUP, L.L.C., CARLYLE | ) | |
| PARTNERS II, L.P., CARLYLE SBC | ) | |
| PARTNERS, II, L.P., CARLYLE | ) | JURY TRIAL DEMANDED |
| INTERNATIONAL PARTNERS II, L.P., | ) | |
| CARLYLE INTERNATIONAL | ) | |
| PARTNERS III, C/S INTERNATIONAL | ) | |
| PARTNERS, CARLYLE INVESTMENT | ) | |
| GROUP, L.P., CARLYLE-IT | ) | |
| INTERNATIONAL PARTNERS, L.P., | ) | |
| CARLYLE-IT INTERNATIONAL | ) | |
| PARTNERS II, L.P., CARLYLE-IT | ) | |
| PARTNERS L.P., and T.C. GROUP, | ) | |
| L.L.C., | | |
| Defendants. | | |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON THE
RENEWED MOTION OF DEFENDANTS CARLYLE INTERNATIONAL
PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, L.P., C/S
INTERNATIONAL PARTNERS, CARLYLE-IT INTERNATIONAL PARTNERS,
L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., AND RICHARD W.
POGUE TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

RLF1-3002568-1

WHEREAS, on March 2, 2005, Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P. and Richard W. Pogue (collectively, the "Foreign Defendants") filed a motion to dismiss Counts I-V and IX of Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Personal Jurisdiction Motion");

WHEREAS, as agreed between the parties and as discussed at the hearing before the Court on September 12, 2005, the parties deferred further briefing on the Personal Jurisdiction Motion pending the Court's consideration of the Defendants' motions to dismiss on the basis of lack of subject matter jurisdiction and failure to state a claim;

WHEREAS, on November 15, 2005, the District Court issued an Opinion and Order (collectively, the "November 15 Order") dismissing certain portions of Counts I-VII of the Complaint;

WHEREAS, on November 30, 2005, Defendants filed a Motion For Reconsideration And Petition For Certification Of Issues Of Law To The Supreme Court Of Delaware (the "Reconsideration Motion"), seeking *inter alia* reconsideration of that portion of the Court's November 15 Order sustaining portions of Counts I-V, and on February 9, 2006, the Court denied the Reconsideration Motion (the "February 9 Order");

WHEREAS, after entry of the November 15 Order and the February 9 Order, the parties conferred (among other things) regarding the briefing schedule for the Motion and Plaintiff's request for written discovery related to the Motion;

WHEREAS, Plaintiff served written discovery related to the Motion on March 16, 2006;

WHEREAS, prior to the parties' filing of a stipulated briefing schedule on the Motion, the Court entered its Order dated as of March 30, 2006, denying the Motion without prejudice;

WHEREAS, on April 10, 2006 the Foreign Defendants re-filed their motion to dismiss Counts I-V and IX of the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Renewed Motion")

WHEREAS, the parties have conferred and agreed regarding a briefing schedule for the Renewed Motion;

NOW, THEREFORE, the undersigned parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. Plaintiff shall have through and including June 30, 2006 to file and serve their answering brief in opposition to the Renewed Motion.

2. The Foreign Defendants' shall have through and including July 17, 2006 to file and serve their reply brief in further support of their Renewed Motion.

Dated: April 13, 2006

By: /s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
302.651.7700 (phone)
302.651.7701 (fax)
ramos@rlf.com (email)

*Attorneys for Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., and Richard W. Pogue*

Thomas L. Patten
David A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202.637.2200 (phone)
202.637.2201 (fax)

Laurie B. Smilan
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA 20190
703.456.1000 (phone)
703.456.1001 (fax)

By: /s/Ronald S. Gellert
Ronald S. Gellert (No. 4259)
ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
4 East 8th Street - Suite 200
Wilmington, DE 19801
302.425.0430 (phone)
302.425.0432 (fax)
  rgellert@eckertseamans.com (email)

*Attorneys for Defendant Anthony J. DeLuca*

Mark A. Willard
Paul D. Steinman
ECKERT SEAMANS CHERIN
  & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
412.566.6000 (phone)
412.566.6099 (fax)

4

By: /s/ Eric M. Sutty
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
THE BAYARD FIRM
222 Delaware Avenue
P. O. Box 25130
Wilmington, Delaware 19899
302.655.5000 (phone)
302.658.6395 (fax)
jschlerf@bayardfirm.com

*Attorneys for the IT Litigation Trust*

Richard S. Wayne
Thomas P. Glass
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
513.621.2120 (phone)
513.629.9426 (fax)

IT IS SO ORDERED,

This ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE