## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on April 13, 2006, I electronically filed the foregoing Stipulation and Order Regarding Briefing Schedule on the Renewed Motion Of Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., And Richard W. Pogue To Dismiss For Lack Of Personal Jurisdiction with the Clerk of the Court using the CM/ECF which will send notifications of such filing(s) to the following:

>Roger D. Anderson, Esquire
>Smith, Katzenstein & Furlow LLP
>800 Delaware Avenue, 7th Floor
>P.O. Box 410
>Wilmington, DE  19899

>Ronald S. Gellert, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>4 East 8th Street, Suite 200
>Wilmington, DE  19801

>-and-

>Jeffrey M. Schlerf, Esquire
>Thomas H. Kovach, Esquire
>Eric M. Sutty, Esquire
>The Bayard Firm
>222 Delaware Avenue
>P.O. Box 25130
>Wilmington, DE  19899

I, Marcos A. Ramos, do further hereby certify that on April 13, 2006, I caused the foregoing Stipulation and Order Regarding Briefing Schedule on the Renewed Motion Of Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT

International Partners II, L.P., And Richard W. Pogue To Dismiss For Lack Of Personal Jurisdiction to be served in the manner indicated upon the parties referenced below:

**HAND DELIVERY**

Roger D. Anderson, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE  19801

Jeffrey M. Schlerf, Esquire
Thomas H. Kovach, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899

-and-

**VIA U.S. MAIL**

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place Suite 400
Pittsburgh, PA  15222-5402

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW Suite 1000
Washington, DC  20004-1304

-and-

Richard S. Wayne, Esquire
Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202

/s/ Marcos A. Ramos
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com

3