IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., et al.<br>      Debtors,<br>_____<br><br>IT Litigation Trust,<br><br>      Plaintiff,<br><br>      v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP, L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS, II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, L.P., C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>      Defendants. | ) Chapter 11<br>) Case No. 02-10118<br>) Jointly Administered<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-1268 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF CERTAIN DEFENDANTS
AS MOVANTS FROM RENEWED MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Defendants Carlyle International Partners II, L.P., Carlyle International Partners

III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., and Carlyle-

IT International Partners II, L.P., by their attorneys, hereby provide notice that they are withdrawing as movants with respect to the pending Renewed Motion To Dismiss For Lack Of Personal Jurisdiction (Docket Entry No. 149) (the "Personal Jurisdiction Motion"). This withdrawal does not affect or prejudice the right of Defendant Richard W. Pogue to proceed on and prosecute the Personal Jurisdiction Motion.

Dated: May 2, 2006
       Wilmington, Delaware

/s/ Marcos A. Ramos
_____
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: ramos@rlf.com

-and-

Thomas L. Patten
Laurie B. Smilan
David A. Becker
LATHAM AND WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Telecopier: (202) 637-2201
E-mail: david.becker@lw.com

*Attorneys for Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., and Carlyle-IT International Partners II, L.P.*

RLF1-3009170-1