### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| THE IT GROUP, INC., et al. ) | Case No. 02-10118 |
| Debtors, ) | Jointly Administered |
| ) | |
| ) | |
| IT Litigation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-1268 (KAJ) |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. ) | |
| HARVEY, JAMES C. McGILL, RICHARD ) | |
| W. POGUE, PHILIP B. DOLAN, E. ) | |
| MARTIN GIBSON, ROBERT F. ) | |
| PUGLIESE, CHARLES W. SCHMIDT, ) | |
| JAMES DAVID WATKINS, ANTHONY J. ) | |
| DeLUCA, HARRY J. SOOSE, THE ) | |
| CARLYLE GROUP, THE CARLYLE ) | |
| GROUP, L.L.C., CARLYLE PARTNERS II, ) | |
| L.P., CARLYLE SBC PARTNERS, II, L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS ) | |
| II, L.P., CARLYLE INTERNATIONAL ) | |
| PARTNERS III, L.P., C/S ) | |
| INTERNATIONAL PARTNERS, ) | |
| CARLYLE INVESTMENT GROUP, L.P., ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS II, L.P., ) | |
| CARLYLE-IT PARTNERS L.P., and T.C. ) | |
| GROUP, L.L.C., ) | |
| Defendants. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of May 2006, the undersigned counsel caused a copy of each of (i) DEFENDANT RICHARD W. POGUE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR

1

RLF1-3013228-1

ADMISSION DIRECTED TO DEFENDANT POGUE, (ii) DEFENDANT RICHARD W. POGUE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT W. POGUE and (iii) DEFENDANT RICHARD W. POGUE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES to be served on counsel of record in this action as follows:

**HAND DELIVERY**

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE  19801

Jeffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE  19899

-and-

**VIA MAIL**

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW Suite 1000
Washington, DC 20004-1304

-and-

Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio  45202

Dated: May 11, 2006
      Wilmington, Delaware

/s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  ramos@rlf.com

3