# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| THE IT GROUP, INC., et al. ) | Case No. 02-10118 |
| Debtors, ) | Jointly Administered |
| ) | |
| ──────────────────────── ) | |
| ) | |
| IT Litigation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-1268 (KAJ) |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. ) | |
| HARVEY, JAMES C. McGILL, RICHARD ) | |
| W. POGUE, PHILIP B. DOLAN, E. ) | |
| MARTIN GIBSON, ROBERT F. ) | |
| PUGLIESE, CHARLES W. SCHMIDT, ) | |
| JAMES DAVID WATKINS, ANTHONY J. ) | |
| DeLUCA, HARRY J. SOOSE, THE ) | |
| CARLYLE GROUP, THE CARLYLE ) | |
| GROUP, L.L.C., CARLYLE PARTNERS II, ) | |
| L.P., CARLYLE SBC PARTNERS, II, L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS ) | |
| II, L.P., CARLYLE INTERNATIONAL ) | |
| PARTNERS III, L.P., C/S ) | |
| INTERNATIONAL PARTNERS, ) | |
| CARLYLE INVESTMENT GROUP, L.P., ) | |
| CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS II, L.P., ) | |
| CARLYLE-IT PARTNERS L.P., and T.C. ) | |
| GROUP, L.L.C., ) | |
| ) | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 26th day of May 2006, the undersigned counsel caused a copy of each of (i) DEFENDANT CARLYLE SBC PARTNERS II, L.P.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF

1

RLF1-3018683-1

INTERROGATORIES and (ii) DEFENDANT CARLYLE SBC PARTNERS II, L.P.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT CARLYLE SBC PARTNERS II, L.P. to be served on counsel of record in this action as follows:

**HAND DELIVERY**

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

Jeffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899

-and-

**VIA MAIL**

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW Suite 1000
Washington, DC 20004-1304

-and-

        Thomas P. Glass, Esquire
        Strauss & Troy, LPA
        The Federal Reserve Building
        150 E. Fourth Street
        Cincinnati, Ohio 45202

Dated: May 26, 2006
       Wilmington, Delaware

        /s/ Marcos A. Ramos
        Mark D. Collins (No. 2981)
        Marcos A. Ramos (No. 4450)
        RICHARDS, LAYTON & FINGER, P.A.
        One Rodney Square
        P. O. Box 551
        Wilmington, Delaware 19899
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701
        E-mail: ramos@rlf.com