IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE IT GROUP, INC., et al., | : | Case No. 02-10118 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | |
| IT LITIGATION TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1268-KAJ |
| | : | |
| DANIEL A. D'ANIELLO, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **27th** day of **June, 2006**.

IT IS ORDERED that the due to a conflict in the Court's schedule, the telephonic conference scheduled for Tuesday, August 1, 2006 at 5:00 p.m. EST has been rescheduled for **Wednesday, August 2, 2006 at 5:00 p.m. EST**. **Counsel for plaintiff in the IT Litigation Trust matter shall initiate this teleconference.** All other provisions of the Court's June 20, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE