IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE IT GROUP, INC., *et al.*, ) | Case No. 02-10118 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |
| IT LITIGATION TRUST, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, ) | Civ. A. No. 04-CV-1268 (KAJ) |
| JAMES C. MCGILL, RICHARD W. POGUE, ) | |
| PHILIP B. DOLAN, E. MARTIN GIBSON, ) | |
| ROBERT F. PUGLIESE, CHARLES W. ) | |
| SCHMIDT, JAMES DAVID WATKINS, ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, ) | |
| THE CARLYLE GROUP, THE CARLYLE ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE ) | |
| INTERNATIONAL PARTNERS II, L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS III, ) | |
| L.P., C/S INTERNATIONAL PARTNERS, ) | |
| CARLYLE INVESTMENT GROUP, L.P., ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS, ) | |
| L.P., CARLYLE-IT INTERNATIONAL ) | |
| PARTNERS II, L.P., CARLYLE-IT PARTNERS ) | |
| L.P., and T.C. GROUP, L.L.C., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE RENEWED
MOTION OF DEFENDANT RICHARD W. POGUE TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

WHEREAS, on April 10, 2005, Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International

629179v1

Partners, L.P., Carlyle-IT International Partners II, L.P. (collectively, the "Carlyle Defendants") and Richard W. Pogue ("Defendant Pogue") filed a renewed motion to dismiss for lack of personal jurisdiction (the "Renewed Motion");

WHEREAS, the parties agreed and stipulated that Plaintiff would have through and including June 30, 2006 (the "Response Deadline") to file and serve their answering brief in opposition to the Renewed Motion;

WHEREAS, on May 2, 2006, the Carlyle Defendants withdrew as movants with respect to the Renewed Motion. The withdrawal did not affect or prejudice the right of Defendant Pogue to proceed on and prosecute the Renewed Motion;

WHEREAS, the parties have conferred and agreed to extend the Response Deadline to July 7, 2006;

NOW, THEREFORE, the undersigned parties to the Action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. Plaintiff shall have through and including July 7, 2006 to file and serve its answering brief in opposition to the Renewed Motion.

-2-

Dated: June 30, 2006

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000 (phone)
(302) 658-6395 (fax)

*Attorneys for the IT Litigation Trust*

Richard S. Wayne
Thomas P. Glass
STAUSS & TROY, LPA
The Federal Reserve uilding
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 (phone)
(513) 629-9426 (fax)

By: _____
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700 (phone)
(302) 651-7701 (fax)

*Attorneys for Richard W. Pogue*

Thomas L. Patten
Davis A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
(202) 637-2200 (phone)
(202) 637-2201 (fax)

Laurie B. Smilan
LATHAM & WATKINS
11955 Freedom Drive
Suite 500
Reston, VA 20190
(703) 456-1000 (phone)
(703) 456-1001 (fax)

IT IS SO ORDERED,

This ____ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE

553192v1