## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on this 7th day of July, 2006, I caused a true and correct copy of the **Plaintiff's Brief in Opposition to Defendant Richard W. Pogue's Motion to Dismiss for Lack of Personal Jurisdiction** to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

Roger D. Anderson, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

Mark D. Collins, Esquire
Marcos A. Ramos, Esquire
Richards, Layton & Fingers, P.A.
One Rodney Square North
Wilmington, DE 19801

Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellot, LLC
The Towne Center
4 East 8th Street, Suite 200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Dickie, McCamey & Chilcote, PC
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Thomas L. Patten, Esquire
David A. Becker, Esquire
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

Laurie B. Smilan, Esquire
Latham & Watkins LLP
11955 Freedom Drive, Suite 500
Reston, VA 20190

Eric M. Sutty (No. 4007)

629476v1