IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al.*, | ) | Case No. 02-10118 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| IT LITIGATION TRUST, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS III, L.P., C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, L.P., CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C., | ) | Civ. A. No. 04-CV-1268 (KAJ) |
| Defendants. | ) | |

**STIPULATION TO EXTEND DEFENDANT RICHARD W. POGUE'S
TIME TO REPLY IN SUPPORT OF RENEWED MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

WHEREAS, on April 10, 2005, Defendants Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P. (collectively, the "Cayman Defendants")

and Richard W. Pogue ("Pogue") filed a renewed motion to dismiss for lack of personal jurisdiction (the "Renewed Motion");

WHEREAS, the Cayman Defendants later withdrew from participation in the Renewed Motion, without prejudice to Pogue's rights with respect to the Renewed Motion;

WHEREAS, the parties agreed and stipulated that Plaintiff would have through and including July 7, 2006, to file and serve its answering brief in opposition to the Renewed Motion;

WHEREAS, Plaintiff filed its Plaintiff's Brief in Opposition to Defendant Richard W. Pogue's Motion to Dismiss for Lack of Personal Jurisdiction on July 7, 2006;

WHEREAS, the parties have conferred and agreed to extend to July 21, 2006, Pogue's deadline to reply in support of the Renewed Motion;

NOW, THEREFORE, the undersigned parties to this action, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1.  Pogue shall have through and including July 21, 2006 to file and serve any reply brief in further support of the Renewed Motion.

Dated: July 17, 2006
       Wilmington, Delaware

By: /s/ Eric M. Sutty
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000 (phone)
(302) 658-6395 (fax)
esutty@bayardfirm.com (email)

Richard S. Wayne
Thomas P. Glass
STAUSS & TROY, LPA
The Federal Reserve uilding
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 (phone)
(513) 629-9426 (fax)

*Attorneys for the IT Litigation Trust*


By: /s/ Marcos A. Ramos
Mark D. Collions (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700 (phone)
(302) 651-7701 (fax)
ramos@rlf.com (email)

*Attorneys for Richard W. Pogue*

Thomas L. Patten
Davis A. Becker
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
(202) 637-2200 (phone)
(202) 637-2201 (fax)

Laurie B. Smilan
LATHAM & WATKINS
11955 Freedom Drive
Suite 500
Reston, VA 20190
(703) 456-1000 (phone)
(703) 456-1001 (fax)


IT IS SO ORDERED,


This ____ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE