IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE IT GROUP, INC., *et al*, ) | Case No. 02-10118 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| IT LITIGATION TRUST, ) | |
| ) | |
| Plaintiff, ) | Civ. A. No. 04-CV-1268 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, ) | |
| JAMES C. MCGILL, RICHARD W. POGUE, ) | |
| PHILLIP B. DOLAN, E. MARTIN GIBSON, ) | |
| ROBERT F. PUGLIESE, CHARLES W. ) | |
| SCHMIDT, JAMES DAVID WATKINS, ) | |
| ANTHONY J. DeLUCA, HARRY J. SOOSE, ) | |
| THE CARLYLE GROUP, THE CARLYLE ) | |
| GROUP L.L.C., CARLYLE PARTNERS II, L.P., ) | |
| CARLYLE SBC PARTNERS II, L.P., CARLYLE ) | |
| INTERNATIONAL PARTNERS II L.P., ) | |
| CARLYLE INTERNATIONAL PARTNERS III, ) | |
| C/S INTERNATIONAL PARTNERS, CARLYLE ) | |
| INVESTMENT GROUP, L.P., CARLYLE-IT ) | |
| INTERNATIONAL PARTNERS, LP, ) | |
| CARLYLE-IT INTERNATIONAL PARTNERS II, ) | |
| L.P., CARLYLE-IT PARTNERS L.P., ) | |
| and T.C. GROUP, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

For good cause shown, the Court hereby orders the following amendments to the April 5, 2006 Scheduling Order:

3. Discovery

  c. <u>Discovery Cut Off</u>. All discovery shall be completed on or before October 6, 2006.

  d. <u>Disclosure of Expert Testimony</u>. Initial expert disclosures shall be made by all parties on or before September 1, 2006, and rebuttal expert disclosures shall be made by all parties on or before September 29, 2006.

9. <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before October 17, 2006.

The Scheduling Order entered on April 5, 2005 shall remain the same in all other respects.

Entered on this 28th day of July, 2006

                    UNITED STATES DISTRICT JUDGE