IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>Plaintiff,<br>v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY SOOSE THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, L.P., C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>Defendants. | Civ. A. No. 04-CV-1268 (KAJ)<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2006, the IT Litigation Trust ("The Trust"), by and through undersigned counsel, served Plaintiff's First Set of Interrogatories and First Request

for the Production of Documents Directed to Defendant James David Watkins upon the parties listed below in the manners indicated.

**VIA FEDERAL EXPRESS**

Mark D. Collins, Esq.
Marcos A. Ramos, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Thomas L. Patten, Esq.
Laurie Smilan, Esq.
David A. Becker, Esq.
LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

**VIA FEDERAL EXPRESS**

Roger D. Anderson, Esq.
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Ronald s. Gellert, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Rachel B. Mersky, Esq.
MONZACK & MONACO, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031

**VIA FEDERAL EXPRESS**

Mark A. Willard, Esq.
Paul D. Steinman, Esq.
ECKERT SEAMANS CHERIN
 & MELLOT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Dated: July 28, 2006
Wilmington, Delaware

THE BAYARD FIRM

By: _____
Jeffery M. Schlerff (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

and

STRAUSS & TROY, LPA
Richard S. Wayne
Thomas P. Glass
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120

COUNSEL TO THE IT LITIGATION TRUST

1043014_1.DOC