## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )  Chapter 11
THE IT GROUP, INC., et al.                      )  Case No. 02-10118
          Debtors,                              )  Jointly Administered
_____       )
                                                )
IT Litigation Trust,                            )
                                                )
          Plaintiff,                            )
                                                )
     v.                                         )  Civil Action No.: 04-1268 (KAJ)
                                                )
DANIEL A. D'ANIELLO, FRANCIS J.                 )
HARVEY, JAMES C. McGILL, RICHARD                )
W. POGUE, PHILIP B. DOLAN, E.                   )
MARTIN GIBSON, ROBERT F.                        )
PUGLIESE, CHARLES W. SCHMIDT,                   )
JAMES DAVID WATKINS, ANTHONY J.                 )
DeLUCA, HARRY J. SOOSE, THE                     )
CARLYLE GROUP, THE CARLYLE                      )
GROUP, L.L.C., CARLYLE PARTNERS II,             )
L.P., CARLYLE SBC PARTNERS, II, L.P.,           )
CARLYLE INTERNATIONAL PARTNERS                  )
II, L.P., CARLYLE INTERNATIONAL                 )
PARTNERS III, L.P., C/S                         )
INTERNATIONAL PARTNERS,                         )
CARLYLE INVESTMENT GROUP, L.P.,                 )
CARLYLE-IT INTERNATIONAL                        )
PARTNERS, L.P., CARLYLE-IT                      )
INTERNATIONAL PARTNERS II, L.P.,                )
CARLYLE-IT PARTNERS L.P., and T.C.              )
GROUP, L.L.C.,                                  )
                                                )
          Defendants.                           )

### NOTICE OF SUBPOENA
### (Citicorp USA, Inc.)

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 34 and 45 of the Federal

Rules of Civil Procedure, Defendants Daniel A. D'Aniello *et al.* have subpoenaed the

production of documents from non-party Citicorp USA, Inc. as set forth in the

accompanying subpoena.

Dated: August 1, 2006
        Wilmington, Delaware

Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com


- and -


Thomas L. Patten
Laurie B. Smilan
David A. Becker
LATHAM AND WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Telecopier: (202) 637-2201
E-mail: david.becker@lw.com

*Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, T.C. Group L.L.C. d/b/a The Carlyle Group, Carlyle Partners II, L.P., Carlyle SBC Partners, II, L.P., Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., and Carlyle-IT Partners, L.P.*