## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, do hereby certify that on August 4, 2006, I electronically filed the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT POGUE with the Clerk of the Court using the CM/ECF which will send notifications of such filing(s) to the following:

>Ronald S. Gellert, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>4 East 8th Street, Suite 200
>Wilmington, DE 19801
>
>-and-
>
>Jeffrey M. Schlerf, Esquire
>Eric M. Sutty, Esquire
>The Bayard Firm
>222 Delaware Avenue
>P.O. Box 25130
>Wilmington, DE 19899

I, Marcos A. Ramos, do further hereby certify that on August 4, 2006, I caused the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT POGUE to be served in the manner indicated upon the parties referenced below:

### HAND DELIVERY

>Ronald S. Gellert, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>4 East 8th Street, Suite 200
>Wilmington, DE 19801
>
>Jeffrey M. Schlerf, Esquire
>Eric M. Sutty, Esquire
>The Bayard Firm
>222 Delaware Avenue
>P.O. Box 25130
>Wilmington, DE 19899
>
>-and-

**REGULAR MAIL**

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
Eckert Seamans Cherin & Mellot, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

David A. Becker, Esquire
Latham & Watkins LLP
555 11th Street NW Suite 1000
Washington, DC 20004-1304

-and-

Richard S. Wayne, Esquire
Thomas P. Glass, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, Ohio 45202

                                                  */s/ Marcos A. Ramos*
Marcos A. Ramos (No. 4450)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: ramos@rlf.com