IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>       Plaintiff,<br><br>    v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>       Defendants. | Civ. A. No. 04-CV-1268 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 7, 2006, the IT Litigation Trust Trustee (the "Trustee"), by and through undersigned counsel, served **Plaintiff's First Requests for Admission Directed to Defendant Carlyle Investment Group, L.P.** upon the parties listed on the attached service list via electronic mail and Federal Express.

632297v1

Mark D. Collins, Esq.  
Marcos A. Ramos, Esq.  
Jason M. Madron, Esq.  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  

David A. Becker, Esq.  
LATHAM & WATKINS, LLP  
555 11th Street, NW, Suite 1000  
Washington, DC 20004-1304  

Mark A. Willard, Esq.  
Paul D. Steinman, Esq.  
ECKERT SEAMANS CHERIN  
   & MELLOT, LLC  
600 Grant Street, 44th Floor  
Pittsburgh, PA 15219  

Charles A. DeMonaco, Esq.  
Kimberly L. Haddox, Esq.  
DICKIE, MCCAMEY & CHILCOTE, P.C.  
Two PPG Place, Suite 400  
Pittsburgh, PA 15222-5402  

Thomas L. Patten, Esq.  
Laurie Smilan, Esq.  
David A. Becker, Esq.  
LATHAM & WATKINS  
555 Eleventh Street, N.W., Suite 1000  
Washington, DC 20004  

Ronald S. Gellert, Esq.  
ECKERT SEAMANS CHERIN & MELLOTT, LLC  
4 East 8th Street, Suite 200  
Wilmington, DE 19801  

Roger D. Anderson, Esq.  
SMITH, KATZENSTEIN & FURLOW, LLP  
800 Delaware Avenue, 7th Floor  
P.O. Box 410  
Wilmington, DE 19899  

Dated: August 8, 2006  
Wilmington, Delaware  

THE BAYARD FIRM  

By: _____  
Jeffrey M. Schlerf (No. 3047)  
Eric M. Sutty (No. 4007)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
(302) 655-5000  

Counsel for the Plaintiff