## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of the Deposition of Murray H. Hutchison** was served on the following by hand delivery on this 18th day of August, 2006:

Jeffrey M. Schlerf, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

The undersigned further certifies that a true and correct copy of the foregoing **Notice of the Deposition of Murray H. Hutchison** was served on the following by U.S. Mail, with a courtesy copy via electronic mail, on this 18th day of August, 2006:

Richard S. Wayne
Thomas P. Glass
Strauss & Troy, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202-4018

Mark A. Willard (PA18103)
Robert V. Campedel
F. Timothy Grieco
Eckert Seamans Cherin & Mellott, LLP
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7770
Facsimile: (302) 651-7701
E-mail: madron@rlf.com