IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br><br>Jointly Administered |
| IT LITIGATION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL A. D'ANIELLO, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, CHARLES W. SCHMIDT, JAMES DAVID WATKINS, ANTHONY J. DeLUCA, HARRY J. SOOSE, THE CARLYLE GROUP, THE CARLYLE GROUP L.L.C., CARLYLE PARTNERS II, L.P., CARLYLE SBC PARTNERS II, L.P., CARLYLE INTERNATIONAL PARTNERS II L.P., CARLYLE INTERNATIONAL PARTNERS III, C/S INTERNATIONAL PARTNERS, CARLYLE INVESTMENT GROUP, L.P., CARLYLE-IT INTERNATIONAL PARTNERS, LP, CARLYLE-IT INTERNATIONAL PARTNERS II, L.P., CARLYLE-IT PARTNERS L.P., and T.C. GROUP, L.L.C.,<br><br>    Defendants. | Civ. A. No. 04-CV-1268 (***) |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between The IT Litigation Trust (the "Plaintiff"), as successor to The IT Group, Inc. and its affiliated debtors (the "Debtors"), and Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Phillip B. Dolan, E.

Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, Anthony J. Deluca, TC Group L.L.C. d/b/a The Carlyle Group, Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II L.P., Carlyle International Partners III, C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, LP, and Carlyle-IT International Partners II, L.P., Carlyle-IT Partners L.P. (collectively, the "Defendants") as follows:

WHEREAS, on November 22, 2006, Plaintiff filed the Motion of IT Litigation Trust Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Confidential Settlement in the Debtors' chapter 11 cases (Case No. 02-10118 (MFW)) (collectively, the "Bankruptcy Case") before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

WHEREAS, on December 15, 2006, the Bankruptcy Court entered its Order Approving Motion of IT Litigation Trust Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Confidential Settlement in the Bankruptcy Case;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties to this action, through their undersigned counsel, hereby stipulate that the above-captioned action be and is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: January 5, 2007

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000 (phone)
(302) 658-6395 (fax)
esutty@bayardfirm.com

- and -

Richard S. Wayne, Esquire
Thomas P. Glass, Esquire
STRAUSS & TROY, LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 (phone)
(513) 629-9426 (fax)

*Attorneys for the IT Litigation Trust*

RICHARDS, LAYTON & FINGER, P.A.

Dated: January 5, 2007

By: /s/ Marcos A. Ramos
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700 (phone)
(302) 651-7701 (fax)
ramos@rlf.com

- and -

Thomas L. Patten, Esquire
Davis A. Becker, Esquire
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
(202) 637-2200 (phone)
(202) 637-2201 (fax)

Laurie B. Smilan, Esquire
LATHAM & WATKINS
11955 Freedom Drive
Suite 500
Reston, VA 20190
(703) 456-1000 (phone)
(703) 456-1001 (fax)

*Attorneys for Defendants Daniel A. D'Aniello, Francis J. Harvey, James C. McGill, Richard W. Pogue, Philip B. Dolan, E. Martin Gibson, Robert F. Pugliese, Charles W. Schmidt, James David Watkins, TC Group L.L.C. d/b/a The Carlyle Group, Carlyle Partners II, L.P., Carlyle SBC Partners II, L.P., Carlyle International Partners II, L.P., Carlyle International Partners III, L.P., C/S International Partners, Carlyle Investment Group, L.P., Carlyle-IT International Partners, L.P., Carlyle-IT International Partners II, L.P., and Carlyle-IT Partners, L.P.*

Dated: January 5, 2007

                                    ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ Ronald S. Gellert

Ronald S. Gellert (No. 4259)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430 (phone)
(302) 425-0432 (fax)
rgellert@eckertseamans.com

- and -

Mark A. Willard, Esquire
Paul D. Steinman, Esquire
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000 (phone)
(412) 566-6099 (fax)

*Attorneys for Defendant Anthony J. DeLuca*